# Notice Recipients

District/Off: 0311−1  User: admin  Date Created: 11/14/2025
Case: 25−12040−KBO  Form ID: van313  Total: 4

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee          USTPRegion03.WL.ECF@USDOJ.GOV
tr       Ricardo Palacio       palaciotrustee@gmail.com
aty      Laura Davis Jones     ljones@pszjlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Sonder Holdings Inc.     447 Sutter Street     Suite 405, #452     San Francisco, CA 94108

TOTAL: 1