**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> SONDER HOLDINGS INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12040 (KBO) |
| In re: <br><br> SONDER GERMANY GMBH, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12041 (KBO) |
| In re: <br><br> SONDER GROUP HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12042 (KBO) |
| In re: <br><br> SONDER GUEST SERVICES LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12043 (KBO) |
| In re: <br><br> SONDER HOLDINGS LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 25-12044 (KBO) |

| | |
|---|---|
| In re:<br><br>SONDER HOSPITALITY HOLDINGS LLC,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 25-12045 (KBO) |
| In re:<br><br>SONDER HOSPITALITY USA INC.,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 25-12046 (KBO) |
| In re:<br><br>SONDER PARTNER CO.,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 25-12047 (KBO) |
| In re:<br><br>SONDER TECHNOLOGY INC.,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 25-12048 (KBO) |
| In re:<br><br>SONDER USA INC.,<br><br>                          Debtor. | Chapter 7<br><br>Case No. 25-12049 (KBO) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE<br>PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Baker & McKenzie LLP, Jenner & Block LLP, and Young Conaway Stargatt & Taylor, LLP hereby enter their appearances (this "Notice of Appearance") as counsel to Marriott International, Inc. ("Marriott"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of

33765583.1

2

the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| BAKER & MCKENZIE LLP | JENNER & BLOCK LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|---|
| Paul J. Keenan<br>John R. Dodd<br>William Roppolo<br>830 Brickell Plaza, Suite 3100<br>Miami, FL 33131<br>Telephone: (305) 789-8900<br>Email: paul.keenan@bakermckenzie.com<br>john.dodd@bakermckenzie.com<br>william.roppolo@bakermckenzie.com | Lindsay C. Harrison<br>1099 New York Ave NW<br>Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Email: lharrison@jenner.com | Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Email: rbrady@ycst.com<br>mnestor@ycst.com<br>**CM\ECF noticing**:<br>bankfilings@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors and any related adversary proceedings, whether currently pending or later commenced, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended and shall not be deemed to waive the rights of Marriott: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or

judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Marriott is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*[Signature page follows]*

| | |
|---|---|
| Dated: November 14, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>*/s/ Robert S. Brady*<br>Robert S. Brady (No. 2847)<br>Michael R. Nestor (No. 3526)<br>1000 North King Street<br>Rodney Square<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>         mnestor@ycst.com<br><br>-and-<br><br>**BAKER & McKENZIE LLP**<br>Paul J. Keenan Jr. *(pro hac vice motion pending)*<br>John R. Dodd *(pro hac vice motion pending)*<br>William Roppolo *(pro hac vice motion pending)*<br>830 Brickell Plaza, Suite 3100<br>Miami, FL 33131<br>Telephone: (305) 789-8900<br>Facsimile: (305) 789-8953<br>Email: paul.keenan@bakermckenzie.com<br>         john.dodd@bakermckenzie.com<br>         william.roppolo@bakermckenzie.com<br><br>-and-<br><br>**JENNER & BLOCK LLP**<br>Lindsay C. Harrison *(pro hac vice motion pending)*<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>Telephone: (202) 639-6000<br>Email: lharrison@jenner.com<br><br>*Counsel for Marriott International, Inc.* |