**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12040 (KBO) |
| In re:<br><br>SONDER GERMANY GMBH,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12041 (KBO) |
| In re:<br><br>SONDER GROUP HOLDINGS LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12042 (KBO) |
| In re:<br><br>SONDER GUEST SERVICES LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12043 (KBO) |
| In re:<br><br>SONDER HOLDINGS LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12044 (KBO) |
| In re:<br><br>SONDER HOSPITALITY HOLDINGS LLC,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12045 (KBO) |
| In re:<br><br>SONDER HOSPITALITY USA INC.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12046 (KBO) |

{02182420;v1 }

| | |
|---|---|
| In re: <br><br> SONDER PARTNER CO., <br><br>         Debtor. | Chapter 7 <br><br> Case No. 25-12047 (KBO) |
| In re: <br><br> SONDER TECHNOLOGY INC., <br><br>         Debtor. | Chapter 7 <br><br> Case No. 25-12048 (KBO) |
| In re: <br><br> SONDER USA INC., <br><br>         Debtor. | Chapter 7 <br><br> Case No. 25-12049 (KBO) |

## **NOTICE OF DECLINATION OF APPOINTMENT**

PLEASE TAKE NOTICE that Ricardo Palacio, having been appointed as Interim Trustee in the above-captioned case, hereby DECLINES the appointment.

Dated:  November 17, 2025          */s/ Ricardo Palacio*
                                                              Ricardo Palacio (DE Bar No. 3765)
                                                              P.O. Box 195
                                                              Wilmington, Delaware 19899
                                                              Tel: (302) 654-1888
                                                              Email(s) palaciotrustee@gmail.com