**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12040 (KBO) |
| In re:<br><br>SONDER GERMANY GMBH,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12041 (KBO) |
| In re:<br><br>SONDER GROUP HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12042 (KBO) |
| In re:<br><br>SONDER GUEST SERVICES LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12043 (KBO) |
| In re:<br><br>SONDER HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12044 (KBO) |
| In re:<br><br>SONDER HOSPITALITY HOLDINGS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12045 (KBO) |
| In re:<br><br>SONDER HOSPITALITY USA INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-12046 (KBO) |

33763576.2

| | |
|---|---|
| In re:<br><br>SONDER PARTNER CO.,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 25-12047 (KBO) |
| In re:<br><br>SONDER TECHNOLOGY INC.,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 25-12048 (KBO) |
| In re:<br><br>SONDER USA INC.,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 25-12049 (KBO) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Paul J. Keenan Jr. of Baker & McKenzie LLP to represent Marriott International, Inc. in this chapter 7 case and any related adversary proceedings.

| | |
|---|---|
| Dated: November 14, 2025<br>Wilmington, Delaware | */s/ Jared W. Kochenash*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Jared W. Kochenash (DE Bar No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Email: jkochenash@ycst.com |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

33763576.2

Dated: November 14, 2025　　　　　　　　　　　*/s/ Paul J. Keenan Jr.*
　　　　　　　　　　　　　　　　　　　　　　**BAKER & McKENZIE LLP**
　　　　　　　　　　　　　　　　　　　　　　Paul J. Keenan Jr.
　　　　　　　　　　　　　　　　　　　　　　830 Brickell Plaza, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 789-8900
　　　　　　　　　　　　　　　　　　　　　　Email: paul.keenan@bakermckenzie.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: November 18th, 2025**　　　　　　　**KAREN B. OWENS**
**Wilmington, Delaware**　　　　　　　　　　**CHIEF JUDGE**

33763576.2