**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br> Sonder Holdings Inc., <br>         Debtor. | Chapter 7 <br><br> Case No. 25-12040 (KBO) |
| In re: <br> Sonder Germany GMBH, <br>         Debtor. | Chapter 7 <br><br> Case No. 25-12041 (KBO) |
| In re: <br> Sonder Group Holdings LLC, <br>         Debtor. | Chapter 7 <br><br> Case No. 25-12042 (KBO) |
| In re: <br> Sonder Guest Services LLC, <br>         Debtor. | Chapter 7 <br><br> Case No. 25-12043 (KBO) |
| In re: <br> Sonder Holdings LLC, <br>         Debtor. | Chapter 7 <br><br> Case No. 25-12044 (KBO) |
| In re: <br> Sonder Hospitality Holdings LLC, <br>         Debtor. | Chapter 7 <br><br> Case No. 25-12045 (KBO) |
| In re: <br> Sonder Hospitality USA Inc., <br>         Debtor. | Chapter 7 <br><br> Case No. 25-12046 (KBO) |

| | |
|---|---|
| In re:<br><br>Sonder Partner Co.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12047 (KBO) |
| In re:<br><br>Sonder Technology Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12048 (KBO) |
| In re:<br><br>Sonder USA Inc.,<br><br>　　　　　Debtor. | Chapter 7<br><br>Case No. 25-12049 (KBO) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Levenfeld Pearlstein, LLC hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for AH-441 Erie LLC ("AH-441 Erie") in the above-referenced bankruptcy case; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| **BIELLI & KLAUDER, LLC**<br>David M. Klauder, Esquire<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com | **LEVENFELD PEARLSTEIN, LLC**<br>Harold D. Israel, Esquire<br>Sean P. Williams, Esquire<br>120 S. Riverside Plaza, Suite 1800<br>Chicago, IL 60606<br>Phone: (312) 346-8380<br>hisrael@lplegal.com<br>swilliams@lplegal.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Entry of Appearance is intended for the purpose of receiving notices and is not intended to be and should not be deemed a submission to the jurisdiction of this Court.  In addition, this Entry of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of : to (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a District Court Judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which AH-441 Erie is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, the filing of this Entry of Appearance is not intended as, and shall not be, the consent of AH-441 Erie to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of AH-441 Erie, cannot enter final orders or judgments in such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Date: November 18, 2025
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
dklauder@bk-legal.com

-and-

**LEVENFELD PEARLSTEIN, LLC**

Harold D. Israel, Esquire
(*pro hac vice admission pending*)
Sean P. Williams, Esquire
(*pro hac vice admission pending*)
120 S. Riverside Plaza, Suite 1800
Chicago, IL 60606
Phone: (312) 346-8380
hisrael@lplegal.com
swilliams@lplegal.com

*Co-counsel to AH-441 Erie LLC*