# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| | ) |
| SONDER HOLDINGS INC.,[1] | ) Case No. 25-12040 (KBO) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## NOVEMBER 24, 2025, AT 2:00 PM, *6TH FLOOR, COURTROOM NO. 3*

**THIS PROCEEDING WILL BE CONDUCTED IN-PERSON.**

**ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.
PLEASE REFER TO JUDGE OWENS' CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS' EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED ONE HOUR BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

I.  **MATTER GOING FORWARD**[2]

1. Emergency Motion of 284 Hexagon, LLC for Entry of an Order Granting Relief from the Automatic Stay to Take Protective Measures Retroactive to the Petition Date (the "Emergency Motion") [DI 32; Filed November 19, 2025).

   **Related Documents:**

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

[2] The Emergency Motion, Motion to Shorten, and Notice were filed in the Sonder Hospitality USA, Inc., matter, Case No. 25-12046 (KBO). On November 20, 2025, the Court entered an Order providing for the joint administration of these cases.

a. Motion to Shorten Notice and Objection Periods for Emergency Motion of 284 Hexagon, LLC for Entry of an Order Granting Relief from the Automatic Stay to Take Protective Measures Retroactive to the Petition Date (the "Motion to Shorten") [DI 34; Filed November 19, 2025].

b. Notice of Hearing (the "Notice") [DI 39; Filed November 19, 2025].

**Objection Deadline**:  November 24, 2025 at 2:00 p.m.

**Status:**  This matter is going forward.

Date: November 20, 2025
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

and

Lawrence J. Kotler, Esq.
DE Attorney ID No. 4181
**DUANE MORRIS LLP**
1201 North Market St, Ste. 501
Wilmington, DE 19801
(302) 657-4900
Ljkotler@duanemorris.com

*Proposed Counsel for Jami B. Nimeroff, Chapter 7 Trustee*