IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.,[1]<br><br>                         Debtor. | Chapter 7<br><br>Case No. 25-12040 (KBO) |

## CERTIFICATE OF SERVICE

I, Debbie Laskin, hereby certify that, on November 19, 2025, I caused a copy of the following document

*Interim Order Granting Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d)* [Docket No. 33]

*Notice of Hearing* [Docket No. 34]

to be served upon the parties listed on **Exhibit A** in the manner indicated.

Dated: November 20, 2025
Wilmington, Delaware

                                          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                                          */s/ Debbie Laskin*
                                          Debbie Laskin, Paralegal
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

**Exhibit A**

| Description | Company | Name | Email Address |
| --- | --- | --- | --- |
| US Trustee for District of DE | Office of the United States Trustee Delaware | | USTPRegion03.WL.ECF@USDOJ.GOV (by NEF) |
| Chapter 7 Trustee | | Jami Nimeroff | nimeroff@dech7trustee.com |
| Prop. Counsel to Chapter 7 Trustee | Sullivan Hazeltine Allison | William D. Sullivan | bsullivan@sha-llc.com |
| Debtors' General Counsel | Debtors | Vanessa Barmack | vanessa.barmack@sonder.com |
| Debtors' CEO | Debtors | Janice Sears | janice.sears@sonder.com |
| Debtors' Director | Debtors | Paul Aronzon | paronzon@icloud.com |
| Debtors' Director | Debtors | Jeffrey S. Stein | jstein@breakpointpartnersllc.com |
| Debtors' Director | Debtors | Michelle McKinney Frymire | thefrymires@me.com |
| Debtors' Bankruptcy Counsel | Pachulski Stang Ziehl & Jones LLP | Laura Davis Jones | ljones@pszjlaw.com |
| Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Peter A. Candel | peter.candel@kirkland.com |
| Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Nicholas Rinehart | nicholas.rinehart@kirkland.com |
| Debtors' Bankruptcy Counsel | Kirkland & Ellis LLP | Alexandra Schwarzman | alexandra.schwarzman@kirkland.com |
| Counsel to the Prepetition 2021 Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Alice Belisle Eaton | aeaton@paulweiss.com |
| Counsel to the Prepetition 2021 Noteholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | David Tarr | dtarr@paulweiss.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Matthew M. Roose | matthew.roose@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Nitin Konchady | nitin.konchady@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Christopher Pavlovich | christopher.pavlovich@ropesgray.com |
| Counsel to the Prepetition 2025 Notes Ad Hoc Group | Ropes & Gray LLP | Jennifer Harris | jennifer.harris@ropesgray.com |