# EXHIBIT B



## Sonder Holdings Inc. To Complete Immediate Wind-Down of Operations

November 10, 2025

SAN FRANCISCO, Nov. 10, 2025 (GLOBE NEWSWIRE) -- Sonder Holdings Inc. (Nasdaq: SOND) ("Sonder" or the "Company"), which operates a global brand of premium, design-forward apartments and intimate boutique hotels serving the modern traveler, today announced that it will complete winding down operations immediately and expects to initiate a Chapter 7 liquidation of its U.S. business. The Company also intends to initiate insolvency proceedings in the international countries in which it operates.

Sonder has faced severe financial constraints arising from, among other things, prolonged challenges in the integration of the Company's systems and booking arrangements with Marriott International. On Sunday, November 9, 2025, Marriott International announced that it terminated its licensing agreement with Sonder, deeming it no longer in effect. The Company made comprehensive efforts to evaluate all financing and other strategic alternatives, including a sale of its business and operations, to improve its financial condition. As part of those efforts, the Company engaged numerous strategic and financial parties but ultimately was unable to execute a viable going concern transaction for its business and operations or obtain additional liquidity. In light of these unsuccessful efforts and the Company's financial condition, the Board of Directors made the difficult decision to wind-down operations and pursue a court-supervised liquidation of the U.S. business immediately.

"We are devastated to reach a point where a liquidation is the only viable path forward," said Janice Sears, Interim Chief Executive Officer of Sonder. "Unfortunately, our integration with Marriott International was substantially delayed due to unexpected challenges in aligning our technology frameworks, resulting in significant, unanticipated integration costs, as well as a sharp decline in revenue arising from Sonder's participation in Marriott's Bonvoy reservation system. These issues persisted and contributed to a substantial and material loss in working capital. We explored all viable alternatives to avoid this outcome, but we are left with no choice other than to proceed with an immediate wind-down of our operations and liquidation of our assets."

Ms. Sears continued, "The Board and I are deeply grateful to our employees for their longstanding dedication to putting the guest experience at the center of everything we do. Due to their passion and effort, Sonder spent the last decade redefining hospitality with remarkable and accessible guest stay experiences. On behalf of the entire Sonder team, we express our gratitude to our guests and partners for their business and support over the years."

Additional information regarding the court proceedings and wind-down, including the status of the Company's operations outside the U.S., will be made available by the Chapter 7 Trustee or the Company's international subsidiaries in due course.

**About Sonder**
Sonder (NASDAQ: SOND) is a leading global brand of premium, design-forward apartments and intimate boutique hotels serving the modern traveler. Launched in 2014, Sonder offers inspiring, thoughtfully designed accommodations and innovative, tech-enabled service combined into one seamless experience. Sonder properties are found in prime locations in 37 cities, spanning nine countries, and three continents.

To learn more, visit http://www.sonder.com.

**Cautionary Note Regarding Forward-Looking Statements**

This press release contains certain "forward-looking statements." All statements other than statements of historical fact are "forward-looking" statements for purposes of the U.S. federal and state securities laws. These statements may be identified by the use of forward-looking terminology such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "our vision," "plan," "potential," "preliminary," "predict," "should," "will," or "would" or the negative thereof or other variations thereof or comparable terminology. These forward-looking statements are subject to a number of factors and uncertainties that could cause the Company's actual results to differ materially from those expressed in or contemplated by the forward-looking statements. Such factors include, but are not limited to: risks attendant to the bankruptcy process, including the Company's ability to obtain court approval from the U.S. Bankruptcy Court for Delaware with respect to motions or other requests made to such court throughout the course of the proceedings in such court (the "Proceedings"); the effects of the Proceedings, including increased legal and other professional costs necessary to execute the Company's liquidation, on the Company's liquidity (including the availability of operating capital during the pendency of the Proceedings); the effects of the Proceedings on the interests of various constituents and financial stakeholders; objections during the course of the Proceedings or other pleadings filed that could protract the Proceedings; risks associated with third-party motions in the Proceedings; rulings of the U.S. Bankruptcy Court for Delaware in the Proceedings and the outcome of the Proceedings in general; the Company's ability to comply with the restrictions imposed by the terms and conditions of its financing arrangements; employee attrition and the Company's ability to retain senior management and other key personnel due to the distractions and uncertainties caused by the Proceedings; the impact of any local law requirements in various jurisdictions; finalization of the Company's annual and quarterly financial statements; risks relating to the delisting of the Company's common stock from Nasdaq; the impact of litigation and regulatory proceedings; and other factors discussed in the Company's Annual Report on Form 10-K/A filed with the U.S. Securities and Exchange Commission (the "SEC"). These risks and uncertainties may cause the Company's actual results, liquidity or achievements to differ materially from any future results, liquidity or achievements expressed or implied by these forward-looking statements. For a further list and description of such risks and uncertainties, please refer to the Company's filings with the SEC that are available at www.sec.gov. The Company cautions you that the list of important factors included in the Company's SEC filings may not contain all of the material factors that are important to you. In addition, in light of these risks and uncertainties, the matters referred to in the forward-looking statements contained in this report may not in fact occur. The Company undertakes no obligation to publicly update or revise any forward-looking statement as a result of new information, future events or otherwise, except as otherwise required by law.

Media:

press@sonder.com

Investor:
ir@sonder.com