# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| SONDER HOLDINGS INC.,[1] | ) Case No. 25-12040(KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) Hearing Date: December 8, 2025 at 1:00 p.m. (ET) |
| | ) Objection Deadline: December 1, 2025 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

1436 Loft Offices, LLC ("Landlord") by and through its undersigned counsel, filed the *Motion of 1436 Loft Offices, LLC for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B)The Landlord's State Court Eviction Proceedings and Disposition of Abandoned FF&E or, Alternatively, (II) Granting Relief From the Automatic Stay to Allow the Landlord to Continue Eviction Proceedings and Dispose of FF&E, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(a)(3)* (the "Motion").

You are required to file a response to the Motion on or before **December 1, 2025 at 4:00 p.m. (Eastern Time).**

At the same time, you must also serve a copy of the response upon the Landlord's attorneys:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
dklauder@bk-legal.com

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

1

Harold D. Israel, Esq. (admitted *pro hac vice*)
Sean P. Williams, Esq. (admitted *pro hac vice*)
**LEVENFELD PEARLSTEIN, LLC**
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: 312-346-8380
e-mail: hisrael@lplegal.com
e-mail: swilliams@lplegal.com

HEARING ON THE MOTION WILL BE HELD ON **December 8, 2025 at 1:00 p.m. (Eastern Time)** before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, DE 19801 in Courtroom Number 3.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 21, 2025              Respectfully submitted,

**BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
dklauder@bk-legal.com

-and-

**LEVENFELD PEARLSTEIN, LLC**
Harold D. Israel, Esq. (admitted *pro hac vice*)
Sean P. Williams, Esq. (admitted *pro hac vice*)
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: 312-346-8380
e-mail: hisrael@lplegal.com
e-mail: swilliams@lplegal.com

*Counsel to 1436 Loft Offices LLC*