**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|                       |     |                       |
|-----------------------|-----|-----------------------|
| In re:                | )   | Chapter 7             |
|                       | )   |                       |
| SONDER HOLDINGS INC.,1| )   | Case No. 25-12040(KBO)|
|                       | )   |                       |
|                       | )   | (Jointly Administered)|
| Debtors.              | )   |                       |
|                       | )   |                       |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on November 21, 2025, I caused a true and correct copy of the *Motion of 1436 Loft Offices, LLC for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B)The Landlord's State Court Eviction Proceedings and Disposition of Abandoned FF&E or, Alternatively, (II) Granting Relief From the Automatic Stay to Allow the Landlord to Continue Eviction Proceedings and Dispose of FF&E, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(a)(3)* to be served via ECF Noticing or electronic mail upon the parties on the attached Service List.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

Dated:  November 21, 2025

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
dklauder@bk-legal.com

-and-

**LEVENFELD PEARLSTEIN, LLC**
Harold D. Israel, Esq. (admitted *pro hac vice*)
Sean P. Williams, Esq. (admitted *pro hac vice*)
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Telephone: 312-346-8380
e-mail: hisrael@lplegal.com
e-mail: swilliams@lplegal.com

*Counsel to 1436 Loft Offices LLC*

**<u>SERVICE LIST</u>**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 North Market St, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com

Lawrence Joel Kotler, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
ljkotler@duanemorris.com

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
bsullivan@sha-llc.com

Hannah J McCollum, Esq.
DOJ-Ust
844 King St., Suite 2207, Lockbox 35
Wilmington, DE 19801
hannah.mccollum@usdoj.gov

Paul J. Keenan, Esq.
John R. Dodd, Esq.
William Roppolo, Esq.
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
paul.keenan@bakermckenzie.com
john.dodd@bakermckenzie.com
william.roppolo@bakermckenzie.com

Lindsay C. Harrison, Esq.
Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
lharrison@jenner.com

Robert S. Brady, Esq.
Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square

1000 North King Street
Wilmington, Delaware 19801
rbrady@ycst.com
 mnestor@ycst.com

Aaron A. Garber, Esq.
Wadsworth, Garber, Warner Conrardy, P.C.
2580 W. Main St.
Littleton, CO 80120
agarber@wgwc-law.com

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
dplon@sirlinlaw.com

Don Stecker, Esq.
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205
Sanantonio.bankruptcy@lgbs.com

Garvan F. McDaniel, Esquire
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com

Craig E. Power, Esquire
Emma P. Myles, Esquire
Cokinos | Young
Four Houston Center
1221 Lamar, 16th Floor
Houston, TX 77010
CPower@cokinoslaw.com
EMyles@cokinoslaw.co