**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SONDER HOLDINGS INC., *et al.*,[1] | ) | Case No. 25-12040 (KBO) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**GLOBAL NOTES AND STATEMENTS OF
LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Sonder Holdings Inc. and its debtor affiliates in the above-captioned chapter 7 cases (collectively, the "Debtors"), are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Debtors have historically prepared consolidated quarterly and annual financial statements in accordance with accounting principles generally accepted in the United States of America ("GAAP"). The Schedules and Statements, however, are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a standalone, unconsolidated basis. The financial information contained in the Schedules and Statements is

---

[1]  The affiliated Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Sonder Holdings Inc. (7088); Sonder Group Holdings LLC (N/A); Sonder Guest Services LLC (3210); Sonder Holdings LLC (5746); Sonder Hospitality Holdings LLC (N/A); Sonder Hospitality USA Inc. (8502); Sonder Partner Co. (5584); Sonder Technology Inc. (4436); Sonder USA Inc. (1947); and Sonder Germany GmbH (N/A).

[2]  These Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any portion of the Global Notes with respect to any individual Debtor's Schedules and Statement and not to those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such portion of the Global Notes to any of the Debtors' other Schedules and Statements, as appropriate.

limited in scope, covers a limited time period, has been prepared solely for the purpose of the Debtors' compliance with disclosure obligations in chapter 7, and is presented on a preliminary and unaudited basis. As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with GAAP or international financial reporting standards ("IFRS"), or any other accounting standards, nor do the Schedules and Statements include all of the information and notes required by any such accounting standards. Upon the application of such standards, the financial information could be subject to changes, which could be material. These Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP or IFRS , nor are they intended to be fully reconciled with the financial statements of each Debtor.

In preparing the Schedules and Statements, the Debtors relied on financial and other data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, the authorized signatory has relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' businesses, each authorized signatory has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses.

Disclosure of information in one or more of the Schedules, one or more of the Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1.  **Description of the Debtors' Chapter 7 Cases**. The Debtors commenced their voluntary cases under chapter 7 of the Bankruptcy Code on November 14, 2025 (the "Petition Date").

2. **Methodology**.

   a. **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements but have provided financial information for each Debtor entity for the purpose of reporting their Schedules and Statements. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be substantially different from financial information that would be prepared on a consolidated basis under GAAP.  Therefore, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to reconcile fully to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

   The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity. However, due to limitations within the Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Additionally, assets, liabilities, or cash disbursements inadvertently may have been omitted from the Schedules and Statements.

   b. **Reporting Date**.  Unless otherwise noted, the Schedules and Statements generally reflect the Debtors' books and records as of September 30, 2025, which follows the Debtors' last available fiscal month preceding the commencement of these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet.

   c. **Confidential or Sensitive Information**.  There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (e.g. home addresses).  The alterations will be limited to only what is necessary to protect the Debtor or the applicable third party.

   d. **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively, per the Debtors' unaudited books and records.  The Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System").  The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts.

   The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance,

3

classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims and Intercompany Transactions. Intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate or joint venture is a statement of what appears in the Debtors' books and records and is not an admission or concession by the Debtors as to the amount, allowance, characterization, classification, or validity of such account.

In addition, certain of the Debtors act on behalf of other Debtors. Because the Debtors' historical and current accounting practices have been designed for the preparation of consolidated financial statements and records, in some cases, the Debtors may be unable to ascertain with precision certain intercompany balances among specific Debtors. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity or non-Debtor affiliate is an obligor with respect to any such payment.

e.    **Duplication**. Certain of the Debtors' assets, liabilities, prepetition payments, and executory contracts or unexpired leases may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, the Debtors have determined in certain instances to only list such assets, liabilities, and prepetition payments once. In other instances, the same assets, liabilities, prepetition payments, and executory contracts or unexpired leases inadvertently may be listed more than once.

f.    **Currency and Foreign Currency Conversion**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors conduct business in multiple currencies. Solely for the purpose of preparing the Schedules and Statements, non-U.S. currency amounts have been translated using publicly available prevailing foreign-exchange rates as of the Petition Date. Such translations are provided for illustrative purposes only and may differ materially from both current market values and market values at the time of the transactions described in the Schedules and Statements. Due to the fluctuations in exchange rates, the individual translation of specific accounts may not perfectly "balance" or "tie" to other amounts set forth in the Schedules and Statements. In

4

any case, the original currency of any transaction described in the Schedules and Statements shall control.

g.    **Setoffs**.  The Debtors routinely incur setoffs in the ordinary course of business that arise from various items including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or other disputes or reconciliation activities between the Debtors and their customers or vendors.  In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts may be set off on a reoccurring basis against future revenues in a normal course reconciliation process with these partners.  Certain of these ordinary-course setoffs are not independently accounted for and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

h.    **Leases**.  The Debtors have not included future obligations under any capital or operating leases in the Schedules and Statements.  To the extent the Debtors were aware of an amount outstanding on account of such lease as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.  In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third party lessors for use in the daily operation of their business.  Any outstanding prepetition obligations under such agreements that are known to the Debtors have been included in Schedule F, and the underlying lease agreements have been included in Schedule G.  Nothing in the Schedules and Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is unexpired, a true lease, a financing arrangement, or a real property interest).

i.    **Liens**.  The inventories, property, and equipment included in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

j.    **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend, modify, and/or supplement the Schedules and Statements as they deem appropriate in this regard.

k.    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may differ materially from the listed totals.

The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt issued by another Debtor or non-Debtor affiliate, the amounts reflected in these Schedules may include each Debtor's guarantee obligations, or, where a Debtor's guarantee obligations are contingent on the primary obligor's satisfaction of the guaranteed debt, such amounts may exclude the Debtor's undetermined guarantee obligations.

l.    **Guarantees and Other Secondary Liability Claims**. The Debtors have used commercially reasonable efforts to locate and identify guarantees and other secondary liability claims ("Guarantees") in their secured financings, debt instruments, leases, and other agreements. Where such Guarantees have been identified, they have been included in the relevant Schedules of liabilities for the affected Debtor or Debtors. The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted.

m.    **Unliquidated Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

n.    **Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

o.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, and taxes are set forth in the amounts entered in the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.

p.    **Claims of Third-Party Related Entities**. While the Debtors have made every effort to properly classify each claim set forth in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates set forth in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

4909-0669-0937.1 80380.00003

**Specific Schedules Disclosures**

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated herein by reference. Unless otherwise noted, the total assets set forth on the Schedules are derived from amounts included in the Debtors' books and records as of September 30, 2025. To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

**Part 1 – Cash and Cash Equivalents**

> **Schedule A/B 3 – Checking, Savings, or Other Financial Accounts, CDs, etc.** Schedule A/B 3 lists bank account balances as of the Petition Date.

**Part 2 – Deposits and Prepayments**

> a.  **Schedule A/B 7 – Deposits**. The Debtors maintain certain deposits in the ordinary course of business. These deposits are included in the Schedules for the appropriate legal entity at net book value as of the Debtors' fiscal-month close. The Debtors have made commercially reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding.

> b.  **Schedule A/B 8 – Prepayments**. The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have made commercially reasonable efforts to report the current value of any prepayments as of the Petition Date. The Debtors may have inadvertently omitted prepayments and conversely may have reported prepayments that are no longer outstanding.

**Part 3 – Accounts Receivable**

> **Schedule A/B 11 – Accounts Receivable**. The Debtors' accounts receivable information set forth in Schedule A/B 11 includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances. The accounts receivable balances in this section exclude intercompany receivables, which are included instead in Schedule A/B 77.

**Part 4 – Investments**

> **Schedule A/B 15 – Investments**. Schedule A/B 15 includes the Debtors' wholly owned subsidiary entities which are directly owned by each Debtor entity. Subsidiaries owned indirectly by a Debtor are not included. Values of the ownership interests in subsidiaries included in Schedule A/B 15 have been set forth at undetermined amounts because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Part 7 –  <u>Office Furniture, Fixtures, and Equipment; and Collectibles</u>**

Furniture, Fixtures, and Equipment ("FF&E") on the Debtors' books and records is fully offset by accumulated depreciation; therefore, FF&E in question 39 is listed at  an undetermined value.

**Part 8 –  <u>Machinery, Equipment, and Vehicles</u>**

The Debtors' accounting systems, policies, and practices historically have recorded (and continue to record in the ordinary course of business) certain fixed assets in the Debtors' books and records on a combined basis to include furniture, fixtures, certain office equipment (including computer hardware and purchased software), certain leasehold improvements (including mechanical equipment), construction in process, machinery, and other equipment.  All of these items are included in Schedule A/B 50 as "other equipment."  Dollar amounts are presented net of accumulated depreciation and other adjustments.  Actual realizable values of the assets identified may vary significantly relative to net book values presented here.

**Part 9 –  <u>Real Property</u>**

**Schedule A/B, Part 9, Questions 54-55.**  The Debtors' interests in property leases are listed on Schedule A/B, regardless of whether such leases are considered executory contracts or interests in real property in the relevant jurisdiction.  The Debtors' listing of such leases and agreements on Schedule A/B is not indicative of whether the Debtors consider or do not consider such leases and agreements unexpired leases or executory contracts.  Schedule A/B includes the Debtors' interests in property leases, which are listed at an undetermined value, Schedule G sets forth the supporting leases, assignments and deeds where the same may constitute executory contracts.

Certain of the leases reflected on Schedule A/B may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional property, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B.

The Debtors' failure to list any interests or rights in real or personal property on Schedule A/B should not be construed as a waiver of any such interests or rights that may exist, whether known or unknown at this time.

**<u>Specific Notes Regarding Schedule D</u>**

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the liens identified herein were identified based on lien searches conducted by the Debtors or their professionals .  The Debtors have not confirmed the validity of these

liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are set forth in undetermined amounts and designated contingent, unliquidated, and disputed in order to preserve the right to dispute any purported obligation.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been included on Schedule D.

The Debtors' have not included on Schedule D parties that may believe their claims are secured through set off rights or statutory lien rights. Although there are multiple parties that hold a position of the debt included in the Debtors' prepetition secured credit facilities, only the administrative agents have been listed for purposes of Schedule D.

The Debtors' letters of credit and surety bonds are included on Schedule D as contingent and unliquidated and do not reflect the value of any draws or associated claims.

### Specific Notes Regarding Schedule E/F

a.      **Part 1 – Creditors with Priority Unsecured Claims**. The Debtors have not historically and do not now maintain records of any claims entitled to priority under the Bankruptcy Code in the ordinary course of business. The inclusion of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.

     Certain tax claims owing to various taxing authorities may be subject to ongoing audits. Accordingly, the amounts of many, if not all, of the tax claims set forth in Schedule E/F, Part 1 remain uncertain, and the Debtors have set forth all such claims as undetermined in amount, pending resolution of ongoing audits or other outstanding issues.

b.      **Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records as of October 30, 2025. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented in Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. The Debtors have made reasonable efforts to attribute the liabilities set forth in Schedule E/F to the rightful Debtor; however, in some instances, a liability listed against one Debtor may, in fact, lie against another.

     In many cases, the claims set forth on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome, costly, and inefficient, the Debtors have not listed a specific date or dates for such claim. In addition, Schedule E/F, Part 2 does not include rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage claims exist.

4909-0669-0937.1 80380.00003

Intercompany payables are based upon company records as of September 30, 2025.

Information regarding pending or threatened litigation involving the Debtors is set forth as undetermined in amount and as contingent, unliquidated, and disputed.

## Specific Notes Regarding Schedule G

The contracts, agreements, and leases set forth on Schedule G may have expired or may have been amended, modified, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be included in Schedule G. Certain leases included in Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not independently set forth on Schedule G. Further, unless otherwise specified in Schedule G, each executory contract or unexpired lease included therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is included thereon.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments, letter agreements, master service agreements, indemnification agreements, award letters, ancillary agreement, and confidentiality agreements, which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of an agreement in Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

## Specific Notes Regarding Schedule H

Due to their voluminous nature, and to avoid unnecessary duplication, the Debtors have not included on Schedule H debts for which more than one Debtor may be liable if such debts were already reflected on Schedules E/F or G for the respective Debtors subject to such debt.

## Specific Notes Regarding Statements

a.  **Question 1 – Gross Revenue from Business**. The amounts presented for 2025 YTD are non-consolidated and presented in the individual Debtor Statements. For the years 2024 and 2023, revenue is presented on a consolidated basis on the Statements for Debtor Sonder Holdings Inc. and includes revenue (loss) from non-filing foreign related entities.

4909-0669-0937.1 80380.00003

b.     **Question 3 – Certain Payments or Transfers to Creditors Within 90 Days Before Filing this Case**.  The Debtors omitted various credits shown as negative disbursements, as these are not representative of the actual cash disbursements made by the Debtors.  These credit amounts arise from invoicing processes related to contractual changes and various real estate lease amendments and updates.  As a result, the total payments and/or transfers over the 90-day period prior to the Petition Date may be overstated.

c.     **Question 4 – Payments or Transfers to Insiders**.  The information reported on Statements Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For the avoidance of doubt, Statements Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company but are no longer employed by the Company.

Individual payments by the Debtors to other Debtors or non-Debtor affiliates (including joint ventures) are not set forth in the Debtors' response to Statements Question 4 because of their complexity and voluminous nature.  Setting forth such individual payments would be unduly burdensome, costly, and an inefficient use of estate resources.

d.     **Question 11 – Payments Related to Bankruptcy**.  All payments made to professionals are listed on the Statements for Sonder Holdings Inc.  **Question 26 – Books, Records, and Financial Statements**.  From time to time, the Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements.  The Debtors do not maintain detailed records tracking such disclosures, and so such parties are not included in Statements Question 26d.

e.     **Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  Information in response to this question is set forth in Part 2, Question 4.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | § | Chapter 7 |
|  | § |  |
| SONDER GUEST SERVICES LLC | § | Case No. 25-12043 |
|  | § |  |
|  | § |  |
|  | § |  |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## Sonder Guest Services LLC

### CASE NO. 25-12043

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Sonder Guest Services LLC |
| United States Bankruptcy Court: | for the District of Delaware |
| Case Number (if known): | 25-12043 |

Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| General Description | Type of Account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts (Identify all)**

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1.**
   Add lines 2 through 4. Copy the total to line 80.

# Schedule A/B: Assets - Real and Personal Property

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| General Description | Current value of debtor's interest |
|---------------------|-----------------------------------|

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

# Schedule A/B: Assets - Real and Personal Property

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

| General Description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---------------------|--------------------------|---------------------------|-----------------------------------|

11. **Accounts receivable**

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

# Schedule A/B: Assets - Real and Personal Property

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| General Description | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

# Schedule A/B: Assets - Real and Personal Property

**Part 5:**  **Inventory, excluding agriculture assets - detail**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other Inventory or supplies**

23.  **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

28. **Crops-either planted or harvested**

29. **Farm animals**

30. **Farm machinery and equipment**

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 84.

34. **Is the debtor a member of an agricultural cooperative?**
☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No.
☐ Yes.

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles - detail

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 84.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

## Schedule A/B: Assets - Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories**

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 84.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 9: | Real property - detail |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56. **Total of Part 9.**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No.
☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.
☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| General Description | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

**Part 12:**    Summary

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $0.00 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0.00 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0.00 | | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | | |
| 84. Inventory. Copy line 23, Part 5. | $0.00 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0.00 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | | |
| 88. Real property. Copy line 56, Part 9. | | $0.00 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $0.00 | | |
| 90. All other assets. Copy line 78, Part 11. | $0.00 | | |
| 91. Total. Add lines 80 through 90 for each column. | $0.00 | $0.00 | |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**    **$0.00**

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Sonder Guest Services LLC |
| United States Bankruptcy Court: | for the District of Delaware |
| Case Number (if known): | 25-12043 |

Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in the information below.

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C - U - D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| **2021 Note and Warrant Purchase Agreement** | | | | | | | |
| 2.1 ALTER DOMUS (US) LLC (AGENT)<br>225 W. WASHINGTON ST., 9TH FLOOR<br>CHICAGO, IL 60606 | ☐ | ☐ | ☑ | GUARANTOR TO THE 2021 NOTE AND WARRANT PURCHASE AGREEMENT | ☑ ☑ ☐ | $209,000,000.00 | |
| | | | | 2021 Note and Warrant Purchase Agreement Total: | | **$209,000,000.00** | **$0.00** |
| **Loan Agreement dated August 5, 2025** | | | | | | | |
| 2.2 MARRIOTT INTERNATIONAL<br>ATTN: LAW DEPARTMENT 52/923.28<br>7750 WISCONSIN AVENUE<br>BETHESDA, MD 20814 | ☐ | ☐ | ☑ | GUARANTOR TO THE LOAN AGREEMENT DATED AUGUST 5, 2025 | ☑ ☑ ☐ | $5,322,282.08 | |

# Schedule D: Creditors Who Have Claims Secured by Property

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C - U - D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| | | | | Loan Agreement dated August 5, 2025 Total: | | $5,322,282.08 | $0.00 |

### Note and Warrant Purchase Agreement, dated August 5, 2025, as Amended

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C - U - D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|
| 2.3 ALTER DOMUS (US) LLC (AGENT) 225 W. WASHINGTON ST., 9TH FLOOR CHICAGO, IL 60606 | ☐ | ☐ | ☑ | GUARANTOR TO THE NOTE AND WARRANT PURCHASE AGREEMENT, DATED AUGUST 5, 2025, AS AMENDED | ☑ ☑ ☐ | $25,157,334.00 | |
| | | | | Note and Warrant Purchase Agreement, dated August 5, 2025, as Amended Total: | | $25,157,334.00 | $0.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$239,479,616.08**

# Schedule D: Creditors Who Have Claims Secured by Property

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

4. **List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors**

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|---|---|---|

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Sonder Guest Services LLC |
| United States Bankruptcy Court: | for the District of Delaware |
| Case Number (if known): | 25-12043 |

Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**　　**List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| **Taxing Authority** | | | | | |
| 2.1 ADAMS COUNTY TREASURER & PUBLIC TRUSTEE (CO)<br>ATTN: ALEX VILLAGRAN<br>4430 S ADAMS CTY PKWY<br>2ND FL. STE. C2436<br>BRIGHTON, CO 80601<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.2 ALBERT URESTI MPA (TX)<br>ATTN: ALBERT URESTI<br>VISTA VERDE PLAZA BUILDING<br>233 N. PECOS LA TRINIDAD<br>SAN ANTONIO, TX 78207<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.3 ALBERT URESTI MPA (TX)<br>ATTN: ALBERT URESTI<br>P.O. BOX 839950<br>SAN ANTONIO, TX 78283<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.4 ARIZONA DEPARTMENT OF REVENUE<br>PO BOX 29010<br>PHOENIX, AZ 85038<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.5 ARIZONA DEPARTMENT OF REVENUE<br>1600 WEST MONROE STREET<br>PHOENIX, AZ 85007<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| 2.6 BROWARD COUNTY TAX COLLECTOR (FL)<br>115 S. ANDREWS AVE, A100<br>FORT LAUDERDALE, FL 33301<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.7 BROWARD COUNTY TAX COLLECTOR'S OFFICE<br>115 S. ANDREWS AVE, A100<br>FORT LAUDERDALE, FL 33301<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.8 CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION<br>505 N BRAND BLCD #700<br>GLENDALE, CA 91203<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.9 CHATHAM COUNTY (GA)<br>TAX COMMISSIONER SONYA L. JACKSON<br>222 W OGLETHORPE AVE #107<br>SAVANNAH, GA 31401<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.10 CITY & COUNTY OF SAN FRANCISCO (CA)<br>TREASURER & TAX COLLECTOR JOSÉ CISNEROS<br>1 DR. CARLTON B. GOODLETT PLACE<br>SAN FRANCISCO, CA 94102<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.11 CITY AND COUNTY OF DENVER<br>201 W COLFAX AVE<br>DEPARTMENT 1009<br>WEBB MUNICIPAL BUILDING<br>DENVER, CO 80202<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.12 CITY AND COUNTY OF DENVER (CO)<br>WELLINGTON WEBB BUILDING<br>201 W. COLFAX AVE., DEPARTMENT 1009<br>DENVER, CO 80202<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.13 CITY OF ALEXANDRIA (VA)<br>ALEXANDRIA FINANCE DEPARTMENT<br>301 KING STREET #1700<br>ALEXANDRIA, VA 22314<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.14 CITY OF ALEXANDRIA (VA)<br>REDELLA S. "DEL" PEPPER COMMUNITY RESOURCE CENTER<br>4850 MARK CENTER DRIVE, SUITE 2011 | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| ALEXANDRIA, VA 22334 UNITED STATES | | | | | |
| 2.15 CITY OF BEVERLY HILLS FINANCE DEPARTMENT 455 N REXFORD DRIVE 3RD FLOOR BEVERLY HILLS, CA 90210 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.16 CITY OF CAMBRIDGE (MA) 795 MASSACHUSETTS AVE., 1ST FLOOR CAMBRIDGE, MA 02139 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.17 CITY OF CHICAGO DEPARTMENT OF FINANCE TAX DIVISION 2 N. LA SALLE STREET, SUITE 1310 CHICAGO, IL 60602 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.18 CITY OF CHICAGO DEPARTMENT OF FINANCE 333 S. STATE ST., SUITE 300 CHICAGO, IL 60604 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.19 CITY OF DETROIT TREASURER (MI) ATTN: NIKHIL PATEL DETROIT TAXPAYER SERVICE CENTER COLEMAN A. YOUNG MUNICIPAL CENTER, 2 WOODWARD AVENUE, SUITE 130 DETROIT, MI 48226 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.20 CITY OF LAGUNA BEACH 505 FOREST AVENUE LAGUNA BEACH, CA 92651 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.21 CITY OF LONG BEACH 411 W. OCEAN BOULEVARD LONG BEACH, CA 90802 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.22 CITY OF NEW ORLEANS DEPARTMENT OF FINANCE BUREAU OF REVENUE - SALES TAX 1300 PERDIDO ST., RM 1W15 NEW ORLEANS, LA 70112 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.23 CITY OF NEW ORLEANS (LA) CITY HALL 1300 PERDIDO ST. ROOM 1W40 | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| NEW ORLEANS, LA 70112<br>UNITED STATES | | | | | |
| 2.24 CITY OF PHILADELPHIA<br>MUNICIPAL SERVICES BUILDING<br>1401 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19102<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.25 CITY OF SAN DIEGO (CA)<br>ELIZABETH CORREIA, CITY<br>TREASURER<br>1200 THIRD AVE., SUITE 100<br>SAN DIEGO, CA 92101<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.26 CITY OF SAVANNAH (GA)<br>305 FAHM STREET<br>SAVANNAH, GA 31401<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.27 CITY OF SAVANNAH REVENUE<br>DEPARTMENT<br>305 FAHM ST.<br>COASTAL GEORGIA CENTER<br>SAVANNAH, GA 31401<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.28 COLORADO DEPARTMENT OF<br>REVENUE<br>TAX SERVICE CENTER<br>1881 PIERCE ST ENTRANCE B<br>LAKEWOOD, CO 80214<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.29 COLORADO DEPARTMENT OF<br>REVENUE<br>P.O. BOX 17087<br>DENVER, CO 80217-0087<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.30 COLORADO DEPARTMENT OF<br>REVENUE<br>1881 PIERCE ST.<br>ENTRANCE B<br>LAKEWOOD, CO 80214<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.31 COMMONWEALTH OF<br>MASSACHUSETTS (MA)<br>ATTENTION: TAXPAYER ASSISTANCE<br>100 CAMBRIDGE STREET<br>BOSTON, MA 02204<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.32 COOK COUNTY DEPARTMENT OF<br>REVENUE<br>118 N. CLARK STREET ROOM 1160 | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| CHICAGO, IL 60602<br>UNITED STATES | | | | | |
| 2.33 DC OFFICE OF TAX AND REVENUE<br>1104 4TH STREET, SW, SUITE W270<br>WASHINGTON, DC 20024<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.34 DC OFFICE OF TAX AND REVENUE<br>1101 4TH STREET, SW<br>SUITE 270 WEST<br>WASHINGTON, DC 20024<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.35 DELAWARE DEPARTMENT OF REVENUE<br>820 N. FRENCH STREET<br>WILMINGTON, DE 19801<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.36 DENTON COUNTY TAX ASSESSOR COLLECTOR (TX)<br>ATTN: DAWN WAYE<br>1505 EAST MCKINNEY STREET<br>DENTON, TX 76209-4525<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.37 DENTON COUNTY TAX ASSESSOR COLLECTOR (TX)<br>ATTN: DAWN WAYE<br>P.O. BOX 90204<br>DENTON, TX 76202-5204<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.38 DENVER DEPARTMENT OF REVENUE<br>144 W. COLFAX AVE.<br>DENVER, CO 80202<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.39 DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE<br>1101 4TH STREET, SW<br>SUITE 270 WEST<br>WASHINGTON, DC 20024<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.40 FLORIDA DEPARTMENT OF REVENUE<br>2450 SHUMARD OAK BLVD.<br>TALLAHASSEE, FL 32311<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.41 FLORIDA DEPARTMENT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE, FL 32399<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.42 FLORIDA DEPARTMENT OF REVENUE (FL)<br>2450 SHUMARD OAK BLVD. | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- |
| TALLAHASSEE, FL 32311<br>UNITED STATES | | | | | |
| 2.43 FULTON COUNTY (GA)<br>DR. ARTHUR E. FERDINAND<br>COUNTY TAX COMMISSIONER<br>141 PRYOR STREET, SW<br>ATLANTA, GA 30303<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.44 GEORGIA DEPARTMENT OF REVENUE<br>2595 CENTURY PKWY NE<br>ATLANTA, GA 30345<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.45 GEORGIA DEPARTMENT OF REVENUE<br>2595 CENTURY PARKWAY, NE<br>ATLANTA, GA 30345-3173<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.46 GEORGIA DEPARTMENT OF REVENUE<br>2595 CENTURY PARKWAY NE<br>ATLANTA, GA 30345-3173<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.47 HARRIS COUNTY TAX ASSESSOR (TX)<br>ATTN: ANNETTE RAMIREZ<br>1001 PRESTON ST.<br>HOUSTON, TX 77002<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.48 HARRIS COUNTY TAX ASSESSOR (TX)<br>ATTN: ANNETTE RAMIREZ<br>HARRIS COUNTY TAX OFFICE<br>P.O. BOX 2110<br>HOUSTON, TX 77002-2109<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.49 ILLINOIS DEPARTMENT OF REVENUE<br>101 W. JEFFERSON ST.<br>SPRINGFIELD, IL 62702<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.50 ILLINOIS DEPARTMENT OF REVENUE<br>WILLARD ICE BUILDING<br>101 WEST JEFFERSON STREET<br>SPRINGFIELD, IL 62702<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.51 INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVENUE<br>NORTHWEST<br>WASHINGTON, DC 20006<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.52 JOHN R AMES CTA (TX)<br>ATTN: JOHN R AMES<br>500 ELM STREET, SUITE 3300<br>DALLAS, TX 75202 | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| UNITED STATES | | | | | |
| 2.53 KING COUNTY TREASURY (WA)<br>500 4TH AVENUE<br>SEATTLE, WA 98104<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.54 LOS ANGELES (CA)<br>300 SOUTH SPRING STREET, SUITE 5704<br>LOS ANGELES, CA 90013-1233<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.55 LOS ANGELES OFFICE OF FINANCE<br>OFFICE OF FINANCE SPECIAL DESK UNIT<br>200 NORTH SPRING STREET, ROOM 101<br>LOS ANGELES, CA 90012<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.56 LOUISIANA DEPARTMENT OF REVENUE<br>617 NORTH THIRD STREET<br>BATON ROUGE, LA 70821<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.57 LOUISIANA DEPARTMENT OF REVENUE.<br>617 NORTH THIRD STREET<br>BATON ROUGE, LA 70802<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.58 MARICOPA COUNTY TREASURER (AZ)<br>MARICOPA COUNTY TREASURER'S OFFICE<br>301 WEST JEFFERSON STREET<br>PHOENIX, AZ 85003<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.59 MASSACHUSETTS DEPARTMENT OF REVENUE<br>PO BOX 7003<br>BOSTON, MA 02204<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.60 MASSACHUSETTS DEPARTMENT OF REVENUE<br>200 ARLINGTON STREET<br>CHELSEA, MA 02150<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.61 MEET MINNEAPOLIS<br>MINNESOTA REVENUE<br>600 N. ROBERT ST.<br>ST. PAUL, MN 55146<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- |
| 2.62 METRO NASHVILLE FINANCE/ COLLECTIONS OFFICE 1 PUBLIC SQUARE SUITE 106, FINANCE DEPARTMENT NASHVILLE, TN 37201 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.63 METROPOLITAN NASHVILLE & DAVIDSON COUNTY 1 PUBLIC SQUARE SUITE 204, METRO COUNCIL OFFICE NASHVILLE, TN 37201 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.64 METROPOLITAN TRUSTEE (TN) HOWARD OFFICE BUILDING 700 PRESIDENT RONALD REAGAN WAY SUITE 220 NASHVILLE, TN 37210 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.65 METROPOLITAN TRUSTEE (TN) P.O. BOX 196358 NASHVILLE, TN 37219-6358 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.66 MIAMI-DADE COUNTY TAX COLLECTOR'S OFFICE 200 NW 2ND AVE MIAMI, FL 33128 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.67 MIAMI-DADE TAX COLLECTOR (FL) ATTN: DARIEL FERNANDEZ 200 NW 2ND AVE MIAMI, FL 33128 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.68 MICHIGAN DEPARTMENT OF TREASURY PO BOX 30401 LANSING, MI 48909 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.69 MICHIGAN DEPARTMENT OF TREASURY 430 W ALLEGAN ST LANSING, MI 48922 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.70 MINNESOTA DEPARTMENT OF REVENUE 600 ROBERT ST. NORTH ST. PAUL, MN 55101 UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.71 MINNESOTA DEPARTMENT OF REVENUE | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
| --- | --- | --- | --- | --- | --- |
| MINNESOTA REVENUE<br>600 N. ROBERT ST.<br>ST. PAUL, MN 55146<br>UNITED STATES | | | | | |
| 2.72 MINNESOTA DEPARTMENT OF REVENUE<br>MAIL STATION 0015<br>600 N. ROBERT ST.<br>ST. PAUL, MN 55146-0015<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.73 NEW ORLEANS REVENUE DEPARTMENT<br>1300 PERDIDO ST.<br>NEW ORLEANS, LA 70112<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.74 NEW YORK STATE DEPARTMENT OF TAXATION<br>PO BOX 15180<br>ALBANY, NY 12212<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.75 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BUILDING 9, W.A. HARRIMAN CAMPUS<br>ALBANY, NY 12227<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.76 NYC DEPARTMENT OF FINANCE-HOTEL ROOM OCCUPANCY TAX<br>1 CENTRE STREET, 22ND FLOOR<br>NEW YORK, NY 10007<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.77 ORANGE COUNTY (FL)<br>ATTN: SCOTT RANDOLPH<br>301 S. ROSALIND AVE.<br>ORLANDO, FL 32801<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.78 ORANGE COUNTY (FL)<br>ATTN: SCOTT RANDOLPH<br>P.O. BOX 545100<br>ORLANDO, FL 32854<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.79 ORANGE COUNTY COMPTROLLERS OFFICE<br>ORANGE COUNTY ADMINISTRATION CENTER<br>201 S ROSALIND AVE, 4TH FLOOR<br>ORLANDO, FL 32801<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.80 OREGON DEPARTMENT OF REVENUE<br>955 CENTER ST NE | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

# Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| SALEM, OR 97301-2555<br>UNITED STATES | | | | | |
| 2.81 PA DEPARTMENT OF REVENUE<br>LOBBY STRAWBERRY SQ<br>HARRISBURG, PA 17128-0101<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.82 PENNSYLVANIA DEPARTMENT OF REVENUE<br>1131 STRAWBERRY SQUARE<br>HARRISBURG, PA 17128<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.83 PENNSYLVANIA DEPARTMENT OF REVENUE<br>LOBBY STRAWBERRY SQ<br>HARRISBURG, PA 17128-0101<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.84 PHIL INVESTMENT LEVY<br>1617 JOHN F. KENNEDY BOULEVARD, SUITE 810<br>PHILADELPHIA, PA 19103<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.85 PHILADELPHIA DEPARTMENT OF REVENUE<br>1401 JOHN F. KENNEDY BLVD.<br>PHILADELPHIA, PA 19102<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.86 RIVERSIDE COUNTY (CA)<br>P.O. BOX 12005<br>RIVERSIDE, CA 92502-2205<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.87 STATE SALES TAX: FLORIDA DEPARTMENT OF REVENUE<br>5050 W TENNESSEE ST<br>TALLAHASSEE, FL 32399<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.88 TARRANT COUNTY TAX ASSESSOR-COLLECTOR (TX)<br>ATTN: RICK D. BARNES<br>100 E. WEATHERFORD<br>FORT WORTH, TX 76196<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.89 TENNESSEE DEPARTMENT OF REVENUE<br>500 DEADERICK STREET<br>NASHVILLE, TN 37242<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.90 TENNESSEE DEPARTMENT OF REVENUE<br>ANDREW JACKSON BUILDING | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| 500 DEADERICK STREET<br>NASHVILLE, TN 37242<br>UNITED STATES | | | | | |
| 2.91 TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH ST.<br>AUSTIN, TX 78774<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.92 TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B. JOHNSON STATE OFFICE BUILDING<br>111 EAST 17TH STREET<br>AUSTIN, TX 78774<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.93 THE CITY OF AUSTIN/AUSTIN FINANCIAL SERVICES<br>505 BARTON SPRINGS ROAD, 3RD FLOOR<br>AUSTIN, TX 78704<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.94 THE CITY OF MIAMI BEACH FINANCE DEPARTMENT<br>1755 MERIDIAN AVENUE, SUITE 100<br>MIAMI BEACH, FL 33139<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.95 TRAVIS COUNTY TAX OFFICE (TX)<br>P.O. BOX 1748<br>AUSTIN, TX 78767<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.96 WASHINGTON DEPARTMENT OF REVENUE<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA 98121<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.97 WASHINGTON STATE DEPARTMENT OF REVENUE<br>PO BOX 47476<br>OLYMPIA, WA 98504<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.98 WAYNE COUNTY TREASURER'S OFFICE<br>400 MONROE STREET, 5TH FLOOR<br>DETROIT, MI 48226<br>UNITED STATES | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |
| 2.99 WISCONSIN DEPARTMENT OF REVENUE<br>2135 RIMROCK RD #6-301<br>MADISON, WI 53713-1443 | | ☑ ☑ ☐ | ☐ | UNDETERMINED | UNDETERMINED |

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|
| UNITED STATES | | | | | |

|  |  | Taxing Authority Total: | UNDETERMINED | | UNDETERMINED |
|---|---|---|---|---|---|

| 2. Total: All Creditors with PRIORITY Unsecured Claims | | | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|---|

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|

3. **Total: All Creditors with NONPRIORITY Unsecured Claims**

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number for this entity |
|---|---|---|

# Schedule E/F: Creditors Who Have Unsecured Claims

<strong>Part 4:</strong>    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

5a.  **Total claims from Part 1**

$0.00
+ UNDETERMINED

5b.  **Total claims from Part 2**

$0.00
+ UNDETERMINED

5c.  **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

$0.00
+ UNDETERMINED

| Fill in this information to identify the case and this filing: |
| --- |

| Debtor Name: | Sonder Guest Services LLC |
| --- | --- |
| United States Bankruptcy Court: | for the District of Delaware |
| Case Number (if known): | 25-12043 |

<u>Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Part 1:**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| **Total number of contracts** | **0** |
| --- | --- |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name: | Sonder Guest Services LLC |
| United States Bankruptcy Court: | for the District of Delaware |
| Case Number (if known): | 25-12043 |

Form 206H

# Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**Part 1:**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
| **2021 Note and Warrant Purchase Agreement** | | |
| 2.1 SONDER GROUP HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**2021 NOTE AND WARRANT PURCHASE AGREEMENT** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.2 SONDER HOLDINGS INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**2021 NOTE AND WARRANT PURCHASE AGREEMENT** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.3 SONDER HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**2021 NOTE AND WARRANT PURCHASE AGREEMENT** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.4 SONDER HOSPITALITY HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**2021 NOTE AND WARRANT PURCHASE AGREEMENT** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.5 SONDER HOSPITALITY USA INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |

# Schedule H: Codebtors

**Part 1:**

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
| **2021 NOTE AND WARRANT PURCHASE AGREEMENT** | | |
| 2.6 SONDER PARTNER CO.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| **2021 NOTE AND WARRANT PURCHASE AGREEMENT** | | |
| 2.7 SONDER TECHNOLOGY INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| **2021 NOTE AND WARRANT PURCHASE AGREEMENT** | | |
| 2.8 SONDER USA INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| **2021 NOTE AND WARRANT PURCHASE AGREEMENT** | | |

### Loan Agreement dated August 5, 2025

| | | |
|---|---|---|
| 2.9 SONDER GROUP HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |
| **LOAN AGREEMENT DATED AUGUST 5, 2025** | | |
| 2.10 SONDER HOLDINGS INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |
| **LOAN AGREEMENT DATED AUGUST 5, 2025** | | |
| 2.11 SONDER HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |
| **LOAN AGREEMENT DATED AUGUST 5, 2025** | | |
| 2.12 SONDER HOSPITALITY HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |
| **LOAN AGREEMENT DATED AUGUST 5, 2025** | | |
| 2.13 SONDER HOSPITALITY USA INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |
| **LOAN AGREEMENT DATED AUGUST 5, 2025** | | |
| 2.14 SONDER PARTNER CO. | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |

# Schedule H: Codebtors

**Part 1:**

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
| 447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**LOAN AGREEMENT DATED AUGUST 5, 2025** | | |
| 2.15 SONDER TECHNOLOGY INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**LOAN AGREEMENT DATED AUGUST 5, 2025** | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |
| 2.16 SONDER USA INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**LOAN AGREEMENT DATED AUGUST 5, 2025** | MARRIOTT INTERNATIONAL | ☑ ☐ ☐ |

**Note and Warrant Purchase Agreement, dated August 5, 2025, as Amended**

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
| 2.17 SONDER GROUP HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**NOTE AND WARRANT PURCHASE AGREEMENT,<br>DATED AUGUST 5, 2025, AS AMENDED** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.18 SONDER HOLDINGS INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**NOTE AND WARRANT PURCHASE AGREEMENT,<br>DATED AUGUST 5, 2025, AS AMENDED** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.19 SONDER HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**NOTE AND WARRANT PURCHASE AGREEMENT,<br>DATED AUGUST 5, 2025, AS AMENDED** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.20 SONDER HOSPITALITY HOLDINGS LLC<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES<br><br>**NOTE AND WARRANT PURCHASE AGREEMENT,<br>DATED AUGUST 5, 2025, AS AMENDED** | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| 2.21 SONDER HOSPITALITY USA INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |

# Schedule H: Codebtors

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
| **NOTE AND WARRANT PURCHASE AGREEMENT, DATED AUGUST 5, 2025, AS AMENDED** | | |
| 2.22 SONDER PARTNER CO.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| **NOTE AND WARRANT PURCHASE AGREEMENT, DATED AUGUST 5, 2025, AS AMENDED** | | |
| 2.23 SONDER TECHNOLOGY INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| **NOTE AND WARRANT PURCHASE AGREEMENT, DATED AUGUST 5, 2025, AS AMENDED** | | |
| 2.24 SONDER USA INC.<br>447 SUTTER ST. SUITE 405, #542<br>SAN FRANCISCO, CA 94108<br>UNITED STATES | ALTER DOMUS (US) LLC (AGENT) | ☑ ☐ ☐ |
| **NOTE AND WARRANT PURCHASE AGREEMENT, DATED AUGUST 5, 2025, AS AMENDED** | | |

**Total Number of Co-Debtor / Creditor Rows**      **24**

| Fill in this information to identify the case and this filing: | |
| --- | --- |
| Debtor Name: | Sonder Guest Services LLC |
| United States Bankruptcy Court: | for the District of Delaware |
| Case Number (if known): | 25-12043 |

Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

| **Part 1:** | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)**

1a. **Real Property:**
Copy line 88 from Schedule A/B

$0.00

1b. **Total personal property:**
Copy line 91A from Schedule A/B

$0.00

1c. **Total of all property:**
Copy line 92 from Schedule A/B

$0.00

| **Part 2:** | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)**
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$239,479,616.08

3.  **Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)**

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 6a of Schedule E/F

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F

$0.00

4.  **Total liabilities**
Lines 2 + 3a + 3b

$239,479,616.08

| **Fill in this information to identify the case and this filing:** |
|---|

Debtor Name: _____ Sonder Guest Services LLC _____

United States Bankruptcy Court: _____ FOR THE DISTRICT OF DELAWARE _____

Case Number (if known): _____ 25-12043 _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571**

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form (206H)
- ☑ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** 11/21/2025 _____

**Signature:** _/s/ Janice Sears_____     Janice Sears, Interim Chief Executive Officer_____
                                                             **Name and Title**