# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 63** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on November 21, 2025, Mariah Properties LLC (the "**Movant**"), by and through their undersigned counsel, filed the *Emergency Motion of Mariah Properties LLC for Entry of an Order Granting Relief from the Automatic Stay* [Docket No. 63] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on November 24, 2025, the Court entered the *Order Granting Motion to Shorten Notice and Objection Periods for Emergency Motion of Mariah Properties LLC for Entry of an Order Granting Relief from the Automatic Stay* [Docket No. 92] (the "**Order Shortening Notice**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Notice, a hearing on the Motion will be held via Zoom on **November 25, 2025, at 2:00 p.m. (ET)** (the "**Hearing**") before The Honorable Karen B. Owens, Chief United States Bankruptcy Judge for the District of Delaware. Objections, if any, to the relief requested in the Motion may be made orally at the Hearing, and any written responses and objections may be filed at any time prior to the Hearing.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that all remote participants are required to register in advance of the Hearing using the eCourtAppearances tool (available on the Court's website (http://www.deb.uscourts.gov/ecourt-appearances)). The deadline to register for remote attendance is one-hour prior to the Hearing. In the absence of extenuating circumstances, chambers typically will not provide Zoom links to those who fail to register by the deadline. Please refer to the Court's website for further information and requirements.

Dated: November 24, 2025

Respectfully submitted,

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del. Bar No. 6781)
**POLSINELLI PC**
222 Delaware Ave, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

- and -

Phillip Nelson (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Facsimile: (312) 578-6666
phillip.nelson@hklaw.com

*Counsel for Mariah Properties LLC*

107352137.1