# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 63** |

## ORDER GRANTING MARIAH PROPERTIES LLC
## RELIEF FROM THE AUTOMATIC STAY

Upon the emergency motion of Mariah Properties LLC for entry of an order granting relief from the automatic stay (the "***Motion***");[2] the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having found that irreparable harm will result to Mariah Properties and the Debtors' interest in the property at the Premises if relief is not granted immediately; it appearing that adequate notice of the Motion has been given; and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

[2] Capitalized terms used as defined terms herein and not otherwise defined shall have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED that:

1. The Motion is granted as set forth herein.

2. Mariah Properties is granted relief from the automatic stay solely and only to implement the Protective Measures, to change utilities over to Mariah Properties name to ensure they are timely paid and utility service is maintained and to take all other actions necessary to secure and protect the Premises.

3. The Chapter 7 Trustee shall make reasonable efforts to assist Mariah Properties in implementing the Protective Measures.

4. Notwithstanding the entry of this Order, both Mariah Properties and the Chapter 7 Trustee reserve all of their rights, claims, and/or defenses regarding whether the Lease was, in fact, terminated prior to the Petition Date, and all of Mariah Properties' and the Chapter 7 Trustee's rights are hereby reserved and preserved.

5. This Order shall be fully effective and enforceable immediately upon entry, and the 14-day stay under Bankruptcy Rule 4001(a)(4) shall not apply to this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: November 24th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE