## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| SONDER HOLDING INC., *et al.*,[1] | Case No. 25-12040 (KBO) |
| Debtors. | (Jointly Administered) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING
### ON NOVEMBER 25, 2025 AT 2:00 P.M.
### BEFORE THE HONORABLE KAREN B. OWENS

*WITH THE COURT'S PERMISSION, THIS HEARING HAS BEEN CANCELED AS ALL SCHEDULED MATTERS ARE RESOLVED*

### RESOLVED MATTERS:

1. Emergency Motion of Mariah Properties LLC for Entry of an Order Granting Relief from the Automatic Stay [D.I. 63], filed on November 21, 2025.

### Related Documents:

    A.    Declaration of Matthew Jennings in Support of Emergency Motion of Mariah Properties LLC for Entry of an Order Granting Relief from the Automatic Stay [D.I. 64], filed November 21, 2025.

    B.    Motion to Shorten Notice and Objection Periods for Emergency Motion of Mariah Properties LLC for Entry of an Order Granting Relief from the Automatic Stay [D.I. 66], filed November 21, 2025.

    C.    Order Granting Motion to Shorten Notice and Objection Periods for Emergency Motion of Mariah Properties LLC for Entry of an Order Granting Relief From the Automatic Stay [D.I. 92], filed November 24, 2025.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

[2] Amended agenda items appear in bold.

  D. Certification of Counsel Regarding Order Granting Mariah Properties LLC Relief from the Automatic Stay [D.I. 100], filed on November 24, 2025.

**Objections/Responses:**

N/A

**Status:** An Order resolving this matter has been entered by the Court [D.I. 104]. As such, at the direction of the Court, the hearing has been canceled.

| | |
|---|---|
| Dated: November 25, 2025<br><br> Wilmington, Delaware | **DUANE MORRIS LLP**<br><br>*/s/ Lawrence J. Kotler*<br>Lawrence J. Kotler, Esquire (DE 4181)<br>Sommer Ross, Esquire (DE 4598)<br>1201 N. Market Street, Suite 501<br>Wilmington, DE  19801<br>Telephone: (302) 657-4900<br>Email: ljkotler@duanemorris.com<br>   slross@duanemorris.com<br><br>-and-<br><br>**SULLIVAN HAZELTINE ALLISON LLC**<br>William D. Sullivan, Esquire<br>Sullivan Hazeltine Allinson LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191<br>Email:bsullivan@sha-llc.com<br><br>*Proposed Co-Counsel to The Chapter 7 Trustee* |

2

C:\Users\ljk002\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\QFFFACFR\Sonder Holding Inc. - Amended Agenda for Hearing on November 25 2025 at 2_00 p.m_