# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SONDER HOLDINGS INC., *et al.*,[1] | Case No. 25-12040 (KBO) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the below to be filed and served via CM/ECF on all parties requesting electronic notification in this case and via regular mail, postage prepaid to the parties set forth on **Exhibit A**:

1. *Trustee's Response to the Motion of 1436 Loft Offices, LLC for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B) The Landlord's State Court Eviction Proceedings and Disposition of Abandoned FF&E or, Alternatively, (II) Granting Relief from the Automatic Stay to Allow the Landlord to Continue Eviction Proceedings and Dispose of FF&E, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(A)(3); (II) Waiving Certain Timekeeping Requirements; And (III) Granting Related Relief* (Dkt. No. 117)

2. *Trustee's Response to the Motion of 1419 S Wabash Development Corporation for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B) The Landlord's State Court Eviction Proceedings and Disposition of Abandoned FF&E or, Alternatively, (II) Granting Relief from the Automatic Stay to Allow the Landlord to Commence Eviction Proceedings and Dispose of FF&E, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(A)(3)* (Dkt. No. 118)

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

  *3. Trustee's Response to the Motion of AH Axis Erie, LLC for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B) The Landlord's State Court Eviction Proceedings and Disposition of Abandoned Personal Property or, Alternatively, (II) Granting Relief from the Automatic Stay to Allow the Landlord to Commence Eviction Proceedings and Dispose of Personal Property, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(A)(3)* (Dkt. No. 119)

 Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 3, 2025            */s/ Lawrence J. Kotler*
                         Lawrence J. Kotler, Esq. (DE No. 4181)

## EXHIBIT A

## SERVICE LIST

US Trustee for the District of Delaware
Office of US Trustee
Hannah J. McCollum
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE  19801

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE  19801
Counsel to Debtor

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE  19801
Counsel to 1436 Loft Offices LLC,
1419 S Wabash Development Corporation
and AH Axis Erie, LLC

Harold D. Israel, Esquire
Sean P. Williams, Esquire
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, IL  60606
Counsel to 1436 Loft Offices LLC,
1419 S Wabash Development Corporation
and AH Axis Erie, LLC