# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>Jointly Administered |

### ORDER GRANTING MOTION FOR AN EXPEDITED HEARING AND TO LIMIT NOTICE WITH RESPECT TO MOTION OF JAMI NIMEROFF, INTERIM CHAPTER 7 TRUSTEE OF THE DEBTORS' ESTATES FOR ENTRY OF AN ORDER: (I) APPROVING THE FORM AND MANNER OF PROPOSED BIDDING PROCEDURES; (II) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES; (III) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTORS' UNEXPIRED REAL PROPERTY LEASES FREE AND CLEAR; AND (IV) GRANTING RELATED RELIEF

Upon the motion (the "Motion to Shorten")[2] of Jami B. Nimeroff, as the court appointed interim chapter 7 trustee (the "Trustee") for the estates of the above-captioned Debtors (collectively, the "Debtors"), for entry of an order, pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(2) and 9006(c)(1) and Delaware Bankruptcy Local Rules 6004-1(c) and 9006-1(e), shortening that the time for the notice requirements, limiting notice, and scheduling a hearing on the *Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief* (the "Bidding

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

[2] Capitalized terms not otherwise defined in this Order shall have the meaning ascribed to such terms in the Motion to Shorten.

DM3\22134747.1

Procedures Motion"); the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; the Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Bidding Procedures Motion shall be heard on ___December 12,___, 2025 at __11:00 am ET__.

3. Objections to the relief requested in the Bidding Procedures Motion, if any, may be made orally at the hearing, and any written responses and objections may be filed at any time prior to the hearing.

4. The Trustee shall only be required to serve notice of the Bidding Procedures Motion on the Notice Parties by regular U.S. mail, postage prepaid, electronic transmission (email) or facsimile transmission or overnight delivery.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: December 3rd, 2025  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE

2