**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SONDER HOLDINGS INC., *et al.*[1] | ) | Case No. 25-12040 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**DECEMBER 8, 2025, AT 1:00 PM, *6TH FLOOR, COURTROOM NO. 3***

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON.**
>
> **ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM.**
> **PLEASE REFER TO JUDGE OWENS' CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/CONTENT/JUDGE-KAREN-B-OWENS) AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE OWENS' EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**
>
> **REGISTRATION IS REQUIRED ONE HOUR BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.     RESOLVED MATTER**

1.     Motion to Shorten the Time for Notice of the Emergency Motion for Entry of an Order (I) Determining Emergency Measures to Protect Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. Section 362(d) [DI 10; Filed November 15, 2025].

**Related Documents:**

a. Order Shortening Notice With Respect to the Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [DI 13; Entered November 17, 2025].

**Objection Deadline:** n/a

**Responses Received:** None

**Status:** An Order has been entered. No hearing is required.

## II. MATTERS GOING FORWARD[2]

2. Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Sonder's Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [DI 8; Filed November 14, 2025].

**Related Documents:**

a. Notice of Hearing Regarding Emergency Motion for Entry of an Order (I) Determining Emergency Measures to Protect Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. Section 362(d) [DI 15; Filed November 17, 2025].

b. Notice of Filing of Proposed Order (I) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. Section 362(d) [DI 18; Filed November 18, 2025].

c. Amended Notice of Hearing Regarding Emergency Motion for Entry of an Order (I) Determining Emergency Measures to Protect Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. Section 362(d) [DI 19; Filed November 17, 2025].

d. Interim Order Granting Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [DI 33; Filed November 19, 2025].

e. Notice of Hearing [DI 34; Filed November 19, 2025].

**Objection Deadline:** December 1, 2025 at 4:00 p.m. The Objection Deadline was extended until December 3, 2025 at 12:00 p.m. for Jami B. Nimeroff, the Chapter 7 Trustee.

---

[2] The Emergency Motion, Motion to Shorten, and Notice were filed in the Sonder Hospitality USA, Inc., matter, Case No. 25-12046 (KBO). On November 20, 2025, the Court entered an Order providing for the joint administration of these cases.

**Responses Received:**

a. Trustee's Limited Objection and Reservation of Rights in Response to the Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [DI 121; Filed December 3, 2025].

**Status:** This matter is going forward.

3.  Motion of 1436 Loft Offices, LLC for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B)The Landlords State Court Eviction Proceedings and Disposition of Abandoned FF&E or, Alternatively, (II) Granting Relief From the Automatic Stay to Allow the Landlord to Continue Eviction Proceedings and Dispose of FF&E, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(a)(3) [DI 55; Filed November 21, 2025].

**Related Documents:**

a. Certification of Counsel Regarding Order Partially Granting 1436 Loft Offices, LLC Relief from the Automatic Stay to Take Protective Measures Retroactive to the Petition Date [DI 109; Filed November 28, 2025].

b. Order Partially Granting 1436 Loft Offices, LLC Relief From the Automatic Stay to Take Protective Measures Retroactive to the Petition Date [DI 130; Filed December 3, 2025].

**Objection Deadline:** December 1, 2025 at 4:00 p.m. The Objection Deadline was extended until December 3, 2025 at 12:00 p.m. for Jami B. Nimeroff, the Chapter 7 Trustee.

**Responses Received:**

a. Trustee's Response to the Motion of 1436 Loft Offices, LLC for Entry of an Order: (I) Confirming that the Automatic Stay Does Not Apply To: (A) The Protective Measures and (B) The Landlord's State Court Eviction Proceedings and Disposition of Abandoned FF&E Or, Alternatively, (II) Granting Relief From The Automatic Stay To Allow The Landlord To Continue Eviction Proceedings And Dispose of FF&E, (III) Granting Adequate Protection And (IV) Waiving The 14-Day Stay Under Bankruptcy Rule 4001(A)(3) [DI 117; Filed December 3, 2025].

**Status:** This matter is going forward.

4.  Motion of 1419 S Wabash Development Corporation for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B)The Landlords State Court Eviction Proceedings and Disposition of Abandoned FF&E or,

3

Alternatively, (II) Granting Relief From the Automatic Stay to Allow the Landlord to Continue Eviction Proceedings and Dispose of FF&E, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(a)(3) [DI 56; Filed November 21, 2025].

**Related Documents:**

a. Certification of Counsel Regarding Order Partially Granting 1419 Wabash Development Corporation Relief from the Automatic Stay to Take Protective Measures Retroactive to the Petition Date [DI 110; Filed November 28, 2025].

b. Order Partially Granting 1419 S Wabash Development Corporation Relief From the Automatic Stay to Take Protective Measures Retroactive to the Petition Date [DI 131; Entered December 3, 2025].

**Objection Deadline:** December 1, 2025 at 4:00 p.m. The Objection Deadline was extended until December 3, 2025 at 12:00 p.m. for Jami B. Nimeroff, the Chapter 7 Trustee.

**Responses Received:**

a. Trustee's Response to the Motion of 1419 S Wabash Development Corporation for Entry of an Order: (I) Confirming that the Automatic Stay Does Not Apply To: (A) The Protective Measures and (B) The Landlord's State Court Eviction Proceedings and Disposition of Abandoned FF&E Or, Alternatively, (II) Granting Relief From The Automatic Stay To Allow The Landlord To Commence Eviction Proceedings And Dispose of FF&E, (III) Granting Adequate Protection And (IV) Waiving The 14-Day Stay Under Bankruptcy Rule 4001(A)(3) [DI 118; Filed December 3, 2025].

**Status:** This matter is going forward.

5. Motion of AH Axis Erie for Entry of an Order: (I) Confirming that the Automatic Stay does not Apply to: (A) The Protective Measures and (B)The Landlords State Court Eviction Proceedings and Disposition of Abandoned FF&E or, Alternatively, (II) Granting Relief From the Automatic Stay to Allow the Landlord to Continue Eviction Proceedings and Dispose of FF&E, (III) Granting Adequate Protection and (IV) Waiving the 14-Day Stay Under Bankruptcy Rule 4001(a)(3) [DI 57; Filed November 21, 2025].

**Related Documents:**

a. Certification of Counsel Regarding Order Partially Granting AH Axis Erie, LLC Relief from the Automatic Stay to Take Protective Measures Retroactive to the Petition Date [DI 108; Filed November 28, 2025].

b. Order Partially Granting AH Axis Erie, LLC Relief From the Automatic Stay to Take Protective Measures Retroactive to the Petition Date [DI 129; Entered December 3, 2025].

**Objection Deadline:** December 1, 2025 at 4:00 p.m. The Objection Deadline was extended until December 3, 2025 at 12:00 p.m. for Jami B. Nimeroff, the Chapter 7 Trustee.

**Responses Received:**

a. Trustee's Response to the Motion of AH Axis Erie, LLC for Entry of an Order: (I) Confirming that the Automatic Stay Does Not Apply To: (A) The Protective Measures and (B) The Landlord's State Court Eviction Proceedings and Disposition of Abandoned FF&E Or, Alternatively, (II) Granting Relief From The Automatic Stay To Allow The Landlord To Commence Eviction Proceedings And Dispose of FF&E, (III) Granting Adequate Protection And (IV) Waiving The 14-Day Stay Under Bankruptcy Rule 4001(A)(3) [DI 119; Filed December 3, 2025].

**Status:** This matter is going forward.

Date:  December 4, 2025
       Wilmington, DE                    **SULLIVAN · HAZELTINE · ALLINSON LLC**

                                         */s/ William D. Sullivan*
                                         William D. Sullivan (No. 2820)
                                         William A. Hazeltine (No. 3294)
                                         919 North Market Street, Suite 420
                                         Wilmington, DE 19801
                                         Tel: (302) 428-8191
                                         Email: bsullivan@sha-llc.com
                                                whazeltine@sha-llc.com

                                         and

                                         Lawrence J. Kotler, Esq.
                                         DE Attorney ID No. 4181
                                         **DUANE MORRIS LLP**
                                         1201 North Market St, Ste. 501
                                         Wilmington, DE 19801
                                         (302) 657-4900
                                         Ljkotler@duanemorris.com

                                         *Proposed Counsel for Jami B. Nimeroff, Chapter 7 Trustee*

5