# EXHIBIT B

## Engagement Agreement

Docusign Envelope ID: 5AB38D56-92C0-4768-AD05-2DC57850BAF4

# REAL ESTATE CONSULTING AND ADVISORY SERVICES AGREEMENT

This Real Estate Consulting and Advisory Services Agreement (this "Agreement") is entered into as of December 2, 2025 by and between Gordon Brothers Realty Services, LLC (the "Consultant") and Jami B. Nimeroff as the Chapter 7 Trustee (the "Trustee") of Sonder Holdings, Inc. , which along with certain of its affiliated entities (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 7 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware, Division (the "Court") and which are referred to as the "Bankruptcy Cases".

## Recitals:

The Trustee desires to retain the Consultant on an exclusive basis, to provide certain consulting and advisory services and in connection therewith, assist the Trustee in the disposition of certain of the Debtors' leased real properties (along with any owned personal property located therein) listed on Exhibit A attached hereto and incorporated herein. Exhibit A may be amended from time to time upon mutual written agreement of the parties hereto, and such real properties are sometimes referred to as each, a "Lease," or collectively, the "Leases".

## Agreement:

NOW, THEREFORE, in consideration of the foregoing recitals and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Trustee and the Consultant agree as follows:

1. Consulting and Advisory Services. The Consultant shall provide consulting and advisory services (collectively the "Services") to the Trustee with respect to the Leases as follows:

(i) Meeting with the Trustee to ascertain the Trustee's goals, objectives, and financial parameters with respect to the sale of the Leases;

(ii) Marketing some or all the Debtors' Leases and negotiate with landlord and/or any other third parties to assist the Trustee in monetizing the Leases.

(iii) Reporting periodically to the Trustee regarding the status of negotiations with landlords and other prospective purchasers for the sale or other disposition of the Leases;

(iv) Soliciting competitive offers from potential purchasers;

(v) Advising and assisting the Trustee in structuring the sale or other disposition of the Leases; evaluate offers received, and assist in negotiating the assignment and assumption, lease termination, and/or stalking horse agreements and participating

in court proceedings seeking approval of any transactions, as necessary.

2. Term. Subject to the entry of an order of the Court authorizing the Trustee's entry into this Agreement (the "Effective Date"), the term of this Agreement shall continue until the earlier of: (i) six (6) months from the Effective Date, or (ii) termination as provided below:

(i) Either party may terminate this Agreement at any time, with or without cause, upon thirty (30) days' prior written notice to the other party. In the event of breach, the non-breaching party may terminate this Agreement upon ten (10) business days' written notice, provided the breach is not cured within such period.

(ii) Upon termination or expiration of this Agreement, the Consultant shall be entitled to payment for Services rendered up to the termination date.

(iii) The obligations of confidentiality, indemnification, and any other provisions intended to survive the termination shall remain in effect.

(iv) In the event of termination or expiration of this Agreement, the Consultant shall have the right within ten (10) business days following the effective date of termination, to submit to Trustee a written list of prospects ("Protected Prospects") with whom the Consultant has had substantive negotiations or communications regarding a Lease during the term of this Agreement. If at any time within six (6) months following the termination or expiration of this Agreement, the Trustee or the Debtors enter into a transaction to sell, assign, terminate, or otherwise transfer or dispose any Lease to any Protected Prospect, the Consultant shall be entitled to receive the compensation set forth in this Agreement.

(v) The parties may extend the term of this Agreement by mutual written consent.

3. Compensation. As compensation for performance of the Services, the Consultant will receive the following fees:

(i) For each closing of a transaction in which any Lease is sold, assigned, or otherwise disposed or transferred to a third party, including lease termination transactions with landlords in which the landlord pays the

Docusign Envelope ID: 5AB38D56-92C0-4768-AD05-2DC57850BAF4

Trustee for such termination ("Lease Sale"), the Consultant shall earn a fee in a dollar amount equal to four and one-half percent (4.5%) of the Gross Proceeds of such disposition. The term "Gross Proceeds" shall be defined as the total consideration paid or payable to the Trustee in connection with a Lease Sale by a landlord, tenant, investor, purchaser, or any other party to either waive, terminate, sublease, or purchase a Lease or any right related to a Lease. It includes, but is not limited to, cash and any other form of currency paid or waived by the Landlord, subtenant or other third party to the Trustee in relation to a Lease Sale (including, without limitation, return of security deposits). This list is not meant to be exhaustive and Gross Proceeds shall include any consideration or other quantifiable economic benefit paid or payable to the Trustee in conjunction with a Lease Sale, including all (i) the Debtors' arrears assumed, satisfied, or paid by a purchaser or which remains outstanding at closing (including, without limitation, the amount of any indebtedness "credit bid" at any sale) and (ii) amounts placed in escrow and deferred, contingent payments and installment payments. Gross Proceeds shall not include any cure costs, other liens, or any other charges or fees specifically required to be paid by the Debtors' estates as a condition to any such sales, provided that, other charges or fees shall not include any costs associated with obtaining approval of any such sales.

(ii) Consultant's fees in connection with any Lease Sale shall be payable promptly upon the closing of the transaction unless an allowance by the Bankruptcy Court of the Consultant's fee application is required.

4. Costs and Expenses:

(i) The Consultant shall not be responsible for any transactional costs and/or legal expenses incurred by the Trustee or the Debtors in connection with the retention of the Consultant and the Trustee's review of any proposed legal terms in connection with the Leases.

(ii) The Trustee shall reimburse the Consultant for all expenses incurred, subject to Bankruptcy Court approval, provided that, prior to incurring any expenses, Consultant shall provide the Trustee with a budget and obtain the approval of the Trustee.

Docusign Envelope ID: 5AB38D56-92C0-4768-AD05-2DC57850BAF4

5. Survival: The obligations to pay compensation and expenses shall survive termination or expiration of this Agreement with respect to Services rendered prior to such date.

6. Trustee's Covenants:

(i) The Trustee shall make reasonably available to the Consultant all information concerning the Leases necessary for the performance of the Consultant's obligations hereunder and such other information of the Debtors as Consultant reasonably requests and which currently is in the Trustee's or the Debtors' possession or control or which the Trustee subsequently acquires.

(ii) The effectiveness of this Agreement is subject to and contingent upon the entry of an order under section 327 and 328 of the Bankruptcy Code, in form and substance acceptable to Consultant in its sole discretion, authorizing the Trustee's entry into and approval of this Agreement, which the Trustee agrees to use the Trustee's best efforts to obtain (the "Retention Order"). If such approval is not obtained, this Agreement shall be null and void. The Trustee will use the Trustee's best efforts to ensure that the Retention Order shall specifically provide that: (i) the Consultant is being retained pursuant to sections 327 and 328 of the Bankruptcy Code by the Trustee; (ii) the payment of all fees and reimbursement of expenses hereunder to the Consultant is approved under section 328(a) of the Bankruptcy Code and shall be free and clear of all liens, claims and encumbrances; (iii) all such payments of fees and reimbursement of expenses shall be made without further order of the Bankruptcy Court and in accordance with this Agreement; (iv) the Consultant is not required to maintain time records or file interim or final fee applications; and (v) the Consultant is authorized to provide the Services without the necessity of compliance with any federal, state or local statute or ordinance, contractual provision or licensing requirement affecting liquidation or auction sales, or regulating advertising or posting of signage. If the Retention Order is not entered within fifteen (15) days following the filing of this Agreement and an application to employ the Consultant, unless said date is extended in writing by the Consultant in its sole discretion, the Consultant may terminate this Agreement at any time thereafter. If this Agreement is so terminated, the Consultant reserves the right to seek a substantial contribution claim against the Trustee,

any party asserting a lien on the Leases, and the Debtors' chapter 7 bankruptcy estates for any rights or obligations incurred or accrued prior to such termination.

7. Successors and Assigns. This Agreement shall be binding upon the Trustee, the Debtors, and any successor or assignee.

8. Exclusive.

(i) During the term of this Agreement, the Consultant shall have the sole and exclusive authority and right to perform all Services outlined herein for the Leases. During the term of this Agreement, all relevant inquiries regarding the Leases, made to the Trustee, her representatives or related parties to the Trustee or the Debtors shall be immediately directed to the Consultant; and the Trustee shall advise the Consultant of all persons making such inquiries. None of the Services provided by Consultant are to be construed as legal advice. The Trustee should seek the advice of an attorney regarding the Trustee's legal rights and obligations. The Consultant shall have the exclusive right to sell the Leases, during the term of this Agreement and all negotiations shall be conducted through the Consultant in consultation with the Trustee and the Trustee's counsel, or, at the Trustee's sole option, directly by the Trustee.

(ii) Upon termination or expiration of this Agreement, the Consultant's exclusive authority shall cease, except that the Consultant shall retain the right to compensation for any transaction involving a Protected Prospect. Nothing in this Agreement shall restrict the Trustee from engaging other consultants or conducting negotiations directly after the term, except as provided herein with respect to Protected Prospects.

9. Indemnification. (omitted)

10. General Provisions.

(i) The Trustee will provide the Consultant with a copy of the pleadings requesting retention of the Consultant prior to submission to the Court and advise the Consultant of any objection or hearings pertaining to the Consultant's retention. The Consultant shall provide the Trustee with

any and all information and documentation reasonably necessary for its retention by the Trustee.

(ii) The Trustee and the Consultant shall deal with each other fairly and in good faith so as to allow both parties to perform their duties and earn the benefits of this Agreement.

(iii) The Trustee recognizes and acknowledges that the Services to be provided by the Consultant pursuant to this Agreement are, in general, transactional in nature, and the Consultant will not be billing the Company by the hour or maintaining time records. It is agreed that the Consultant is not requested or required to maintain such time records and that its compensation will be fixed on the percentages set forth herein. Consultant shall not be required to file any interim fee applications with the Court.

(iv) Any correspondence or required notice shall be addressed as follows:

**IF TO THE TRUSTEE:**

Duane Morris LLP
1201 North Market St, Ste. 501
Wilmington, DE 19801
Attn: Lawrence J. Kotler
ljkotler@duanemorris.com

**IF TO THE CONSULTANT:**

Gordon Brothers Realty Services, LLC
101 Huntington Avenue, 11th Floor
Boston, MA 02199
Attn: Jonas McCray & Michael Burden
(jmccray@gordonbrothers.com &
mburden@gordonbrothers.com)

(v) This Agreement shall be deemed drafted by both parties hereto, and there shall be no presumption against either party in the interpretation of this Agreement.

(vi) By executing or otherwise accepting this Agreement, the Trustee and the Consultant acknowledge and represent that they are represented by and have consulted with independent legal counsel with respect to the terms and conditions contained herein.

(vii) This Agreement may be executed in original counterparts, and if executed and delivered via facsimile shall be deemed the equivalent of an original.

Docusign Envelope ID: 5AB38D56-92C0-4768-AD05-2DC57850BAF4

(viii) Any and all issues, disputes, claims or causes of action which relate or pertain to, or result or arise from this Agreement or the Consultant's services hereunder, shall be subject to the exclusive jurisdiction of the Bankruptcy Court.

(ix) This Agreement creates no third-party beneficiaries.

(x) All of the terms and conditions of each and every proposed sale, termination, or other disposition of a Lease, modification of a Lease or other agreement proposed by Consultant shall be subject to approval by the Trustee, which approval may be withheld in the Trustee's sole discretion.

[Signature Page Follows]

Docusign Envelope ID: 5AB38D56-92C0-4768-AD05-2DC57850BAF4

IN WITNESS WHEREOF, the Trustee and the Consultant have executed and delivered this Agreement as of the date first above written.

Accepted and Agreed to:

**Jami B. Nimeroff, Interim Chapter 7 Trustee of Sonder Holdings, LLC**

By: [signature]
Name:____________________
Title: Interim Chapter 7 Trustee

Accepted and Agreed to:

**GORDON BROTHERS REALTY SERVICES, LLC**

DocuSigned by:
By: Michael Burden
9FABBBD0B1A644D...
Name: Michael Burden
Title: Co-Head, North American Real Estate Services

Docusign Envelope ID: 5AB38D56-92C0-4768-AD05-2DC57850BAF4

# Exhibit A

Leases

[*See attached*]

| Sonder Property Name | Market | Property Address |
|---|---|---|
| ATL - BROA44 | Atlanta | 44 Broad Street, Atlanta, GA 30303 |
| AUS - E - 7TH1010 | Austin | 1010 East 7th Street, Austin, Texas 78702 |
| Pierce Boston | Boston | 200 Brookline Avenue, Boston, MA, United States |
| No. 284 Back Bay | Boston | 284 Commonwealth Ave, Boston, MA 02115 |
| 907 Main | Boston | 907 Main Street, Cambridge, MA 02139 |
| The Magnolia | Boston | 234 Newbury St, Boston, MA 02116 |
| Onterie | Chicago | 446 East Ontario Street, Chicago, IL, USA |
| The Plymouth | Chicago | 417 South Dearborn Street, Chicago, IL, USA |
| Greektown | Chicago | 314 South Halsted Street, Chicago, IL, USA |
| South Wabash | Chicago | 1419 S Wabash Ave, Chicago, IL 60605, USA |
| The Opal | Chicago | 61 W Erie St., Chicago, IL 60654 |
| The Burnham | Chicago | 555 W Jackson Blvd, Chicago, IL, USA |
| Market Hall | Chicago | 1436 W Randolph St, Chicago, IL 60607 |
| DAL - N - ERVA211 | Dallas | 211 North Ervay Street, Dallas, TX 75201 |
| The Artesian | Denver | 3282 Tejon Street, Denver, CO, USA |
| The Craftsman | Los Angeles | 208 West 8th Street, Los Angeles, CA, USA |
| MIA - BRIC1201 | Miami | 1201 Brickell Avenue, Miami, FL 33131 |
| The Schaeffer | New Orleans | 201 North Rampart Street, New Orleans, LA, USA |
| Dovetail | Nashville | 814 Church Street, Nashville, TN, USA |
| The Dutch | New York City | 39-35 27th Street, Long Island City, NY, USA |
| Duane Street | New York City | 130 Duane Street, New York, NY, USA |
| The Nash | New York City | 222 East 39th Street, New York, NY, USA |
| The William | New York City | 24 East 39th Street, New York, NY, USA |
| The Merchant | New York City | 139 Orchard Street, New York, NY, USA |
| Court Square | New York City | 45-06 Pearson Street, Long Island City, NY, USA |
| One Platt | New York City | 1 Platt Street, New York, NY, USA |
| The Industrialist | New York City | 651 Union Street, Brooklyn, NY, USA |
| Henri on 24 | New York City | 37 W 24th St, New York, NY 10010, USA |
| Flatiron | New York City | 9 West 26th Street, New York, NY, USA |
| Chambers | New York City | 15 West 56th Street, New York, NY, USA |
| Battery Park | New York City | 2 Washington Street, New York, NY, USA |
| Vista Cay | Orlando | 4000 Breakview Drive, Orlando, FL, USA |
| The Boylston | Seattle | 1517 Boylston Avenue, Seattle, WA, USA |
| RailSpur | Seattle | 417 Occidental Avenue South, Seattle, WA 98104, USA |
| Georgetown C&O | Washington D.C. | 1111 30th Street Northwest, Washington, DC, USA |
| LOS - S - HARB1831 | Orange County | 1831 South Harbor Boulevard, Anaheim, California |
| WDC - NW - 6TH1100 | Washington D.C. | 1100 6th Street Northwest, Washington, DC 20001 |
| The Catherine | Austin | 214 Barton Springs Rd, Austin, TX, USA |
| South Congress | Austin | 1221 South Congress Avenue, Austin, TX, USA |
| The Hillsboro | Boca Raton | 1159 Hillsboro Mile, Hillsboro Beach, FL, USA |
| The Arcadian | Boston | 1200 Beacon Street, Brookline, MA, USA |
| Found Chicago | Chicago | 613 North Wells Street, Chicago, IL, USA |
| Commerce | Dallas | 1914 Commerce Street, Dallas, TX, USA |
| DEN - E - 18TH2190 | Denver | 2190 East 18th Avenue, Denver, CO, USA |
| Skyline | Denver | 2600 Bryant Street, Denver, CO, USA |
| City Center | Los Angeles | 255 Atlantic Avenue, Long Beach, CA, USA |
| The Beacon | Los Angeles | 1301 Ocean Avenue, Santa Monica, CA, USA |
| The Winfield | Los Angeles | 406 West 7th Street, Los Angeles, CA, USA |
| Osage | Denver | 3206 Osage Street, Denver, CO, USA |
| Lüm | Los Angeles | 3900 W Century Blvd, Inglewood, CA 90303, USA |
| Solarena | Orange County | 6208 West Coast Highway, Newport Beach, CA, USA |

| Sonder Property Name | Market | Property Address |
|---|---|---|
| Found Santa Monica | Los Angeles | 1449 Wellesley Avenue, Los Angeles, CA, USA |
| Gabriel Richard | Detroit | 305 Michigan Avenue, Detroit, MI, USA |
| Found Miami Beach | Miami | 2925 Indian Creek Drive, Miami Beach, FL 33140, USA |
| Riverwalk | Miami | 301 Southwest 1st Avenue, Fort Lauderdale, FL, USA |
| The Crescent | Los Angeles | 403 North Crescent Drive, Beverly Hills, California |
| Beverly Terrace | Los Angeles | 469 North Doheny Drive, Beverly Hills, California |
| The Deco | Miami | 1050 Washington Avenue, Miami Beach, FL, USA |
| Baronne Manor | New Orleans | 401 Baronne Street, New Orleans, LA, USA |
| Gallery Row | New Orleans | 803 Baronne Street, New Orleans, LA, USA |
| The Score | Nashville | 211 7th Avenue North, Nashville, TN, USA |
| LC SoBro | Nashville | 723 2nd Ave S, Nashville, TN, USA |
| City Hall Park | New York City | 17 John Street, New York, NY, USA |
| The Point | Orlando | 7389 Universal Boulevard, Orlando, FL, USA |
| Cirrus | Orlando | 7888 West Irlo Bronson Memorial Highway, Kissimmee, FL, USA |
| PHI - CHES1525 | Philadelphia | 1525 Chestnut Street, Philadelphia, PA, USA |
| Onyx | Philadelphia | 305 North 15th Street, Philadelphia, Pennsylvania 19102, USA |
| The Mariposa | Phoenix | 7017 East McDowell Road, Scottsdale, AZ, USA |
| Ida | Phoenix | 250 E McKinley St, Phoenix, AZ, USA |
| The Fitz | Minneapolis | 77 East 9th Street, Saint Paul, MN, USA |
| Hance Park | Phoenix | 1313 North 2nd Street, Phoenix, AZ, USA |
| North Loop Green | Minneapolis | 360 N 5th St, Minneapolis, MN, USA |
| McKinley | Phoenix | 800 N Central Ave, Phoenix, AZ 85004, USA |
| The Monarch | Phoenix | 4000 North Drinkwater Boulevard, Scottsdale, AZ, USA |
| Mill Ave | Phoenix | 750 South Ash Avenue, Tempe, AZ, USA |
| The Cole | Palm Springs | 2323 North Palm Canyon Drive, Palm Springs, CA, USA |
| La Villita | San Antonio | 633 S St Mary's St, San Antonio, TX, USA |
| The Baker | San Diego | 765 10th Avenue, San Diego, CA, USA |
| Solis | Seattle | 1300 E Pike St, Seattle, WA 98122, USA |
| Pivot | Seattle | 1208 Pine Street, Seattle, WA, USA |
| The Bijou | San Francisco | 111 Mason Street, San Francisco, CA, USA |
| Found Union Square | San Francisco | 140 Mason Street, San Francisco, CA, USA |
| Found Dupont Circle | Washington D.C. | 1627 16th Street Northwest, Washington, D.C., DC, USA |
| Midtown South | Atlanta | 126 Renaissance Pkwy NE, Atlanta, GA 30308, USA |
| Baltimore Place | Atlanta | 1 Baltimore Place Northwest, Atlanta, GA, USA |
| The Hancock | Boston | 40 Hancock Street, Boston, MA, USA |
| University Park | Denver | 2450 South University Boulevard, Denver, CO, USA |
| Zuni | Denver | 3022 Zuni Street, Denver, CO, USA |
| The Randolph | Detroit | 139 Cadillac Square, Detroit, MI 48226, USA |
| The Hogg Palace | Houston | 401 Louisiana St, Houston, TX 77002, USA |
| 17WEST | Miami | 1220 17th Street, Miami Beach, Florida 33139, USA |
| The Palace | Miami | 3031 Northeast 4th Avenue, Miami, FL, USA |
| East End | Minneapolis | 240 Chicago Avenue, Minneapolis, MN, USA |
| The Palmer | Minneapolis | 600 North 5th Street, Minneapolis, MN, USA |
| SECOND & SECOND | Minneapolis | 120 North 2nd Street, Minneapolis, MN 55401, USA |
| Vicinity | Minneapolis | 205 Park Avenue, Minneapolis, MN, USA |
| Sora | Minneapolis | 600 5th Avenue South, Minneapolis, MN, USA |
| LUNA | Minneapolis | 2520 South 8th Street, Minneapolis, MN 55454, USA |
| MODI | Minneapolis | 2015 Lyndale Avenue South, Minneapolis, MN, USA |
| MAX | Minneapolis | 150 26th Avenue Southeast, Minneapolis, MN, USA |
| REVEL | Minneapolis | 1300 West Lake Street, Minneapolis, MN, USA |
| The Baronne | New Orleans | 300 Baronne Street, New Orleans, LA, United States |
| The Bywater | New Orleans | 3308 Burgundy Street, New Orleans, LA, United States |

| Sonder Property Name | Market | Property Address |
|---|---|---|
| The Promenade | New Orleans | 1016 Canal Street, New Orleans, LA, USA |
| 1500 Canal | New Orleans | 1500 Canal Street, New Orleans, LA, USA |
| The Vitascope | New Orleans | 623 Canal Street, New Orleans, LA, USA |
| St. Helene | New Orleans | 508 Chartres Street, New Orleans, LA, USA |
| Duncan Plaza | New Orleans | 925 Common Street, New Orleans, LA, United States |
| Constance Lofts | New Orleans | 1041 Constance Street, New Orleans, LA, USA |
| The Esplanade | New Orleans | 427 Esplanade Avenue, New Orleans, LA, United States |
| The Printing Press | New Orleans | 722 Girod Street, New Orleans, LA, USA |
| Delachaise Row | New Orleans | 3616 Magazine Street, New Orleans, LA, USA |
| Delachaise Row | New Orleans | 3624 Magazine Street, New Orleans, LA, USA |
| Viewpoint | New Orleans | 4508 Magazine Street, New Orleans, LA, USA |
| Viewpoint | New Orleans | 4510 Magazine Street, New Orleans, LA, USA |
| Uptown | New Orleans | 4854 Magazine Street, New Orleans, LA, USA |
| Uptown | New Orleans | 4856 Magazine Street, New Orleans, LA, USA |
| Mandeville Suites | New Orleans | 1018 Mandeville Street, New Orleans, LA, United States |
| Mandeville Suites | New Orleans | 1020 Mandeville Street, New Orleans, LA, United States |
| Par L'Eau | New Orleans | 2317 North Rampart Street, New Orleans, LA, United States |
| Tremé | New Orleans | 2423 Orleans Avenue, New Orleans, LA, USA |
| Tremé | New Orleans | 2427 Orleans Avenue, New Orleans, LA, USA |
| Piety House | New Orleans | 835 Piety Street, New Orleans, LA, USA |
| The Irish House | New Orleans | 1430 St Charles Ave, New Orleans, LA 70130, USA |
| Lafayette Square | New Orleans | 301 St Charles Ave, New Orleans, LA, United States |
| The Arco | Philadelphia | 1234 Locust Street, Philadelphia, PA, USA |
| Bywater Flats | New Orleans | 3042 St Claude Ave, New Orleans, LA, USA |
| The Elliston | Nashville | 2301 Elliston Place, Nashville, TN, USA |
| The Verse | Nashville | 810 Jefferson Street, Nashville, TN, USA |
| The Hideaway | Nashville | 1012 Main Street, Nashville, TN, USA |
| The Edison | Philadelphia | 312 N 2nd St, Philadelphia, PA 19106, USA |
| The Lookout | Nashville | 916 Main Street, Nashville, TN, USA |
| The Saddlery | Nashville | 133 2nd Ave N, Nashville, TN, USA |
| The Queen | Philadelphia | 628 South 5th Street, Philadelphia, PA, USA |
| Euclid Court | Nashville | 110 30th Avenue North, Nashville, TN, USA |
| Ziel Haus | Nashville | 1320 5th Avenue North, Nashville, TN, USA |
| The Chorus | Nashville | 1212 9th Avenue North, Nashville, TN, USA |
| 16th South | Nashville | 1520 16th Avenue South, Nashville, TN, USA |
| The High Note | Nashville | 1010 18th Avenue South, Nashville, TN, USA |
| Village 21 | Nashville | 1620 21st Avenue South, Nashville, TN, USA |
| The Retreat | Nashville | 1224 2nd Ave S, Nashville, TN, USA |
| Sixteen Hundred | Philadelphia | 1600 Callowhill Street, Philadelphia, PA, USA |
| The Frankford | Philadelphia | 1502 Frankford Avenue, Philadelphia, PA, USA |
| The Sloan | Philadelphia | 4014 Ludlow St, Philadelphia, PA 19104, USA |
| The Heid | Philadelphia | 325 North 13th Street, Philadelphia, PA, USA |
| The Tidewater | Philadelphia | 407 North 20th Street, Philadelphia, PA, USA |
| 655 Lofts | Philadelphia | 655 North Broad Street, Philadelphia, PA, USA |
| The Mint | Philadelphia | 313 Race St, Philadelphia, PA 19106 |
| The Drayton | Savannah | 25 East Broughton Street, Savannah, GA, USA |
| The Broughton | Savannah | 109 West Broughton Street, Savannah, GA, USA |
| Ovation | Philadelphia | 701 South Broad Street, Philadelphia, PA, USA |
| The V | Palm Springs | 333 East Palm Canyon Drive, Palm Springs, CA, USA |
| The Atlee | San Antonio | 505 East Travis Street, San Antonio, TX, USA |
| Southtown | San Antonio | 111 Probandt, San Antonio, TX, USA |
| | San Diego | 516 10th Ave, San Diego, CA 92101 |

| Sonder Property Name | Market | Property Address |
|---|---|---|
| Antiques Warehouse | San Antonio | 1405 S Flores St, San Antonio, TX 78204, USA |
| The Altmayer | Savannah | 100 Bull Street, Savannah, Georgia 31401 |
| Telfair Square | Savannah | 220 West Broughton Street, Savannah, GA, USA |
| The Congress | Savannah | 226 West Broughton Street, Savannah, GA, USA |
| West Congress | Savannah | 321 West Congress Street, Savannah, GA, USA |
| SAV - WHIT2 | Savannah | 2 Whitaker Street, Savannah, GA, USA |
| The Marin | San Diego | 552 5th Avenue, San Diego, CA, USA |
| The Bungalows | San Diego | 1525-1537 Union Street, San Diego, CA, 92101 USA |
| Hayes Valley | San Francisco | 135 Gough Street, San Francisco, CA, USA |
| The Grace | Washington D.C. | 805 King St, Alexandria, VA 22314, USA |
| Del Ray | Washington D.C. | 2415 Mount Vernon Avenue, Alexandria, VA 22301, USA |
| The Quincy | Washington D.C. | 1823 L Street Northwest, Washington, DC, USA |
| Callisto | Washington D.C. | 816 Potomac Avenue Southeast, Washington, DC, USA |
| Europa | Washington D.C. | 818 Potomac Avenue Southeast, Washington, DC, USA |
| East 5th | Austin | 415 Waller Street, Austin, TX 78702, USA |
| Jewelers Row | Chicago | 19 S Wabash Ave, Chicago, IL 60603 |
| Ceros | Denver | 3354 Larimer Street, Denver, CO, USA |
| La Ensenada | Orange County | 1600 S Coast Hwy, Laguna Beach, California |
| Woods Cove | Orange County | 2020 S Coast Hwy, Laguna Beach, California |
| The Abbey | Miami | 300 21st Street, Miami Beach, FL, USA |
| The Circ | Miami | 1780 Polk Street, Hollywood, FL, USA |
| MSP - S - 3RD1101 | Minneapolis | 1101 3rd Avenue South, Minneapolis, MN 55404 |
| The Gallier | New Orleans | 131 Carondelet Street, New Orleans, LA, USA |
| Gravier Place | New Orleans | 2228 Gravier Street, New Orleans, LA, USA |
| The Louie | New Orleans | 300 South Rampart Street, New Orleans, LA, USA |
| Belcourt | Nashville | 2111 Belcourt Ave, Nashville, TN, USA. |
| The Stat | Nashville | 1705 State Ave, Nashville, TN, USA |
| Wellborn | Orlando | 211 North Lucerne Circle East, Orlando, FL, USA |
| The Witherspoon | Philadelphia | 130 South Juniper Street, Philadelphia, PA, USA |
| SEA - STEW1200 | Seattle | 1200 Stewart Street, Seattle, WA 98101 |