**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.[1], *et al.*,<br><br>Debtors. | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>**Objection Deadline: December 18, 2025 at 4:00 p.m. ET**<br>**Hearing Date: January 23, 2026 at 10:00 a.m. ET** |

**NOTICE OF APPLICATION**

**PLEASE TAKE NOTICE** that on December 4, 2025, Jami Nimeroff, Esquire (the "Trustee"), the court-appointed, interim chapter 7 trustee for the estates of Sonder Holdings Inc. and its affiliated debtors (the "Debtors") in the above-captioned bankruptcy cases, by and through her undersigned counsel, filed the *Trustee's Application for Entry of an Order (I) Authorizing the Retention and Employment of Gordon Brothers Realty Services, LLC, as Real Estate Advisor Effective as of December 2, 2025; (II) Waiving Certain Timekeeping Requirements; and (III) Granting Related Relief* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 9006-1 of the Local Bankruptcy Rules for the District of Delaware, any objections to the relief requested in the Application must be (i) made in writing and (ii) filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served so as to be received on or before **4:00 P.M. (prevailing Eastern Time) on December 18, 2025** (the "Objection Deadline"). Objections, if any, must be served upon each of the following parties: (i) proposed counsel to the Trustee, Duane Morris LLP, 1201 North Market Street, Suite 501, Wilmington, Delaware 19801, Attn.: Lawrence J. Kotler, Esq. (LJKotler@duanemorris.com); and (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT THE HEARING ON THE APPLICATION (THE "HEARING") IS SCHEDULED FOR **JANUARY 23, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY JUDGE, AT THE BANKRUPTCY COURT, 824

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

NORTH MARKET STREET, 6TH FLOOR, COURTROOM 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THEN THE RELIEF REQUESTED IN THE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: December 4, 2025

**DUANE MORRIS LLP**

*/s/ Lawrence J. Kotler*

Lawrence J. Kotler (DE 4181)
Drew S. McGehrin (DE 6508)
1201 N. Market Street, Suite 501
Wilmington, Delaware 19801
Tel: 302-657-4900
Fax: 302-657-4901
Email: ljkotler@duanemorris.com
dsmcgehrin@duanemorris.com