**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| SONDER HOLDINGS INC., *et al.*,[1] | Case No. 25-12040 (KBO) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Lawrence J. Kotler, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Trustee's Application For Entry Of An Order (I) Authorizing The Retention And Employment Of Gordon Brothers Realty Services, LLC As Her Real Estate Consultant And Advisor Effective As Of December 2, 2025; (II) Waiving Certain Timekeeping Requirements; And (III) Granting Related Relief* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and via regular mail, postage prepaid to the parties set forth on **Exhibit A**.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 4, 2025

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esq. (DE No. 4181)

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

**EXHIBIT A**

**SERVICE LIST**

US Trustee for the District of Delaware
Office of US Trustee
Hannah J. McCollum
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801
Counsel to Debtor

Alice Belisle Eaton, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Counsel to the Prepetition 2021 Noteholders

David Tarr, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Counsel to the Prepetition 2021 Noteholders

Matthew M. Rooose, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Counsel to Prepetition 2025 Notes Ad Hoc Group

Nitin Konchady, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Counsel to Prepetition 2025 Notes Ad Hoc Group

Christopher Palovich, Esquire
Ropes & Gray LLP

32nd Floor
191 North Wacker Drive
Chicago, IL 60606-4302
Counsel to Prepetition 2025 Notes Ad Hoc Group

Jennifer Harris, Esquire
Ropes & Gray LLP
10250 Constellation Boulevard
21st Floor
Los Angeles, CA 90067-6257
Counsel to Prepetition 2025 Notes Ad Hoc Group

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
Counsel to 1436 Loft Offices LLC,
1419 S Wabash Development Corporation
and AH Axis Erie, LLC

Harold D. Israel, Esquire
Sean P. Williams, Esquire
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, IL 60606
Counsel to 1436 Loft Offices LLC,
1419 S Wabash Development Corporation
and AH Axis Erie, LLC

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Counsel to Witherspoon Master Tenant LLC

Don Stecker, Esquire
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 220
San Antonio, TX 78205
Counsel to Bexar County

Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
Counsel to Shell Energy Solutions

Craig E. Power, Esquire
Emma P. Myles, Esquire
Cokinos Young
Four Houston Center
1221 Lamar, 16th Floor
Houston, TX 77010
Counsel to Shell Energy Solutions

Phillip Nelson, Esquire
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Counsel to Mariah Properties LLC

Christopher A. Ward, Esquire
Michael V. DiPietro, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Counsel to Mariah Properties LLC

Sherrel K. Knighton, Esquire
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219
Counsel to Dallas County and Tarrant County

Kimberly A. Brown, Esquire
George A. Williams, III, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Counsel to 284 Hexagon, LLC

Mark W. Powers, Esquire
Prince Lobel Tye, LLP
One Mercantile Street, Suite 220
Worcester, MA 01608
Counsel to 284 Hexagon, LLC

Fernand L. Laudumiey, IV, Esquire
Chaffe McCall LLP
2300 Energy Center, 1100 Poydras Street
New Orleans, LA 70163-2300
Counsel to New Orleans Redevelopment Partners 2, LLC

Thomas J. Francella, Jr., Esquire
Mark W. Eckard, Esquire
Raines Feldman Littrell LLP
824 North Market Street
Suite 805
Wilmington, DE 19801
Counsel to Jane Street Group, LLC

Carollynn H.G. Callari, Esquire
Raines Feldman Littrell LLP
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Counsel to Jane Street Group, LLC

Elizabeth A. Trachtman, Esquire
Melanie J. Thompson, Esquire
Orlans Law Group PLLC
4250 Lancaster Pike, Suite 140
Wilmington, DE 19805
Counsel to ECG Belcourt, LLC

Securities and Exchange Commission
Headquarters
Secretary of The Treasury
100 F. Street NE
Washington DC 20549

Securities and Exchange Commission
Regional Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Ste 520
Philadelphia PA 19103

Securities and Exchange Commission
Regional Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Ste 400
New York NY 10281-1022

United States Attorney's Office
for the District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

Paul J. Keenan, Esquire
John R. Dodd, Esquire
William Roppolo, Esquire
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Counsel to Marriott International, Inc.

Lindsay C. Harrison, Esquire
Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
Counsel to Marriott International, Inc.

Robert S. Brady, Esquire
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Counsel to Marriott International, Inc.

Aaron A. Garber, Esquire
Wadsworth, Garber, Warner Conrardy, P.C.
2580 W. Main St.
Littleton, CO 80120
Counsel to IH Holdings Fifteen, LLC

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Margaret A. Vesper, Esquire
Erin L. Williamson, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Counsel to Broughton Street Partners Company, LLC
and REEP-MF STEWART AZ, LLC

Brian D. Huben, Esquire
Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Counsel to Broughton Street Partners Company, LLC
and REEP-MF STEWART AZ, LLC

Frederick Brian Rosner, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
Counsel to Abbey Hotel Acquisition LLC

Alter Domus (US) LLC
225 W Washington St 9th FL
Chicago, IL 60606

Marriott International
Attention: Law Department 52/923.28
7750 Wisconsin Avenue
Bethesda, MD 20814

Tbr-L Village 21 Owner, LLC
Attn: Katrina Thames
1710 Belcourt Ave.
Nashville TN 37212

Tbr-L Village 21 Owner, LLC c/o
Nelson Mullins Riley & Scarborough LLP
Attn: Woods Drinkwater 1
222 Demonbreun St. Suite 1700
Nashville TN 37203

Tbr-L Village 21 Owner, LLC
Attn: Robert West Tribridge Residential LLC
100 Peachtree Street NW, Suite 1400
Atlanta GA 30303

Tbr-L Village 21 Owner, LLC
Attn: Benjamin London
London Management Corp.
701 Brickell, Suite 1490
Miami FL 33131

Tbr-L Village 21 Owner, LLC
1201 20th Street
Miami Beach FL 33139

Integrity Services, Inc.
Attn: Justin Roy
357 N Ave
Wakefield MA 01880

Wilmerhale
2100 Pennsylvania Avenue NW
Washington, DC 20037

Oracle America Inc.
Attention: Manjunath Angadi
500 Oracle Parkway
Redwood City, CA 94065

Wilson Sonsini Goodrich & Rosati P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

Maverick Capital
Attention: Greg Muller
123 South Broad Street
Suite 2450
Philadelphia, PA 19109

PRDC Properties LLC
Attention: Tony Maras
740 Samson Street, Suite 501
Philadelphia, PA 19106

Circ Hotel, LLC
Attention; Rhonda L. Randall
1780 Polk Street, Suite 200
Hollywood, FL 33020

B-1208 Pine LLC
Attention: James Wong
606 Maynard Avenue South
Suite 251
Seattle, WA 98104

1681 West Ventures LLC
Attention: Rock Soffer
3323 NE 163rd Street, Suite 600
Miami, FL 33160

Salesforce.Com Inc.-Tech Inc.

Attention: A. Biehl
415 Mission Street, 3rd Floor
San Francisco, CA 94043

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043

Bonnis Properties
Attention: Kerry Bonnis
#300—526 Granville Street
Vancouver, BC V6C 1W6

Grand Peaks
Attention: Marc Swerdlow
4582 S. Ulster Street, Suite 1200
Denver, CO 80237

BIT NLG III Investors LLC
Attention: Robert Pfefferle
150-90 South 7th Street
Minneapolis, MN 55402

Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

Elk Investors
Attention: Mory Kalimian
489 5th Avenue, 7th Floor
New York, NY 10017

Amazon Web Services, Inc.
P.O. Box 84023
Seattle, WA 98124-8423

Silverstein Properties
Attention: Nick Baxter
250 Greenwich Street
New York, NY 10007

Palace Company, LLC
Attention: Shahram Delijani
333 S Beaudiy Avenue, Suite 1100
Los Angeles, CA 90012

Ironstate Development
Attention: Morris Moinian
60 Madison Avenue, Suite 1010
New York, NY 10010

Acadia Realty Trust
Attention: Gottfried
4100 Theodore Fremd Avenue
Suite 300
Rye, NY 10580

20 Broad Street Owner LLC
c/o Herrick Feinstein LLP
Two Park Avenue
New York, NY 10016

Desarrolladora Red, S.A. de C.V.
c/o GS2 Law
20803 Biscayne Boulevard
Suite 405
Aventura, FL 33180

Indus Investments, Inc.
c/o 707 Wilshire Boulevard
Suite 3250
Los Angeles, CA 90017

Jetall, et al.
c/o Baker Botts LLP
401 S 1st Street, Suite 1300
Austin, TX 78704

DLA Piper Mexico, S.C.
Paseo De Los Tamarindos
No. 400 A Piso
31 Bosques De Laslomas
Ciudad De Mexico CDMX, 005120

Internal Revenue Service
1111 Constitution Avenue Northwest
Washington, DC 20006