# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC., et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 25-12040 (KBO)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jesse Blevins, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On December 3rd, 2025, at my direction and under my supervision, employees of Reliable Companies caused to be served the following document via 1st Class Mail on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 12/03/2025 | 123 | Motion For Sale of Property Free and Clear of Liens(FEE) /Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief Fee Amount $199 Filed by Jami Nimeroff. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit F) (Kotler, Lawrence) (Entered: 12/03/2025) |
| 12/03/2025 | 125 | Motion to Shorten /Motion for an Expedited Hearing and to Limit Notice with Respect to Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief (related document(s)123) Filed by Jami Nimeroff. (Attachments: # 1 Exhibit A (Proposed Order)) (Kotler, Lawrence) (Entered: 12/03/2025) |
| 12/03/2025 | 127 | Order Granting Motion for an Expedited Hearing and to Limit Notice With Respect to Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related |

| | | |
|---|---|---|
| | | Relief (Related Doc # 123, 125) Order Signed on 12/3/2025. (Mml) (Entered: 12/03/2025) |
| 12/03/2025 | 128 | Notice of Hearing on Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief (related document(s)123) Filed by Jami Nimeroff. Hearing scheduled for 12/12/2025 at 11:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #3, Wilmington, Delaware. (Kotler, Lawrence) (Entered: 12/03/2025) |

Dated: December 4, 2025

/s/ Jesse Blevins
Jesse Blevins
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

## SERVICE LIST

US Trustee for the District of Delaware
Office of US Trustee
Hannah J. McCollum
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE  19801

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE  19801
Counsel to Debtor

Alice Belisle Eaton, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Counsel to the Prepetition 2021 Noteholders

David Tarr, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Counsel to the Prepetition 2021 Noteholders

Matthew M. Rooose, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
Counsel to Prepetition 2025 Notes Ad Hoc Group

Nitin Konchady, Esquire
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY  10036-8704
Counsel to Prepetition 2025 Notes Ad Hoc Group

Christopher Palovich, Esquire
Ropes & Gray LLP
32nd Floor
191 North Wacker Drive
Chicago, IL  60606-4302
Counsel to Prepetition 2025 Notes Ad Hoc Group

Jennifer Harris, Esquire
Ropes & Gray LLP
10250 Constellation Boulevard
21st Floor
Los Angeles, CA  90067-6257
Counsel to Prepetition 2025 Notes Ad Hoc Group

David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE  19801
Counsel to 1436 Loft Offices LLC,
1419 S Wabash Development Corporation
and AH Axis Erie, LLC

Harold D. Israel, Esquire
Sean P. Williams, Esquire
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, IL  60606
Counsel to 1436 Loft Offices LLC,
1419 S Wabash Development Corporation
and AH Axis Erie, LLC

Dana S. Plon, Esquire
Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA  19109
Counsel to Witherspoon Master Tenant LLC

Don Stecker, Esquire
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 220
San Antonio, TX  78205
Counsel to Bexar County

DM3\22139138.1

Garvan F. McDaniel, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
Counsel to Shell Energy Solutions

Craig E. Power, Esquire
Emma P. Myles, Esquire
Cokinos Young
Four Houston Center
1221 Lamar, 16th Floor
Houston, TX 77010
Counsel to Shell Energy Solutions

Phillip Nelson, Esquire
Holland & Knight LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Counsel to Mariah Properties LLC

Christopher A. Ward, Esquire
Michael V. DiPietro, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Counsel to Mariah Properties LLC

Sherrel K. Knighton, Esquire
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219
Counsel to Dallas County and Tarrant County

Kimberly A. Brown, Esquire
George A. Williams, III, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Counsel to 284 Hexagon, LLC

Mark W. Powers, Esquire
Prince Lobel Tye, LLP
One Mercantile Street, Suite 220
Worcester, MA 01608
Counsel to 284 Hexagon, LLC

Fernand L. Laudumiey, IV, Esquire
Chaffe McCall LLP
2300 Energy Center, 1100 Poydras Street
New Orleans, LA 70163-2300
Counsel to New Orleans Redevelopment Partners 2, LLC

Thomas J. Francella, Jr., Esquire
Mark W. Eckard, Esquire
Raines Feldman Littrell LLP
824 North Market Street
Suite 805
Wilmington, DE 19801
Counsel to Jane Street Group, LLC

Carollynn H.G. Callari, Esquire
Raines Feldman Littrell LLP
1350 Avenue of the Americas, 22nd Floor
New York, NY 10019
Counsel to Jane Street Group, LLC

Elizabeth A. Trachtman, Esquire
Melanie J. Thompson, Esquire
Orlans Law Group PLLC
4250 Lancaster Pike, Suite 140
Wilmington, DE 19805
Counsel to ECG Belcourt, LLC

Securities and Exchange Commission
Headquarters
Secretary of The Treasury
100 F. Street NE
Washington DC 20549

Securities and Exchange Commission
Regional Office
Attn: Bankruptcy Department
One Penn Center
1617 JFK Blvd, Ste 520
Philadelphia PA 19103

Securities and Exchange Commission
Regional Office
Attn: Bankruptcy Department
Brookfield Place
200 Vesey Street, Ste 400
New York NY 10281-1022

United States Attorney's Office
for the District of Delaware
1007 N. Orange Street
Wilmington, DE 19801

Paul J. Keenan, Esquire
John R. Dodd, Esquire
William Roppolo, Esquire
Baker & McKenzie LLP
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Counsel to Marriott International, Inc.

Lindsay C. Harrison, Esquire
Jenner & Block LLP
1099 New York Ave NW, Suite 900
Washington, DC 20001
Counsel to Marriott International, Inc.

Robert S. Brady, Esquire
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Counsel to Marriott International, Inc.

Aaron A. Garber, Esquire
Wadsworth, Garber, Warner Conrardy, P.C.
2580 W. Main St.
Littleton, CO 80120
Counsel to IH Holdings Fifteen, LLC

Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
Margaret A. Vesper, Esquire
Erin L. Williamson, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
Counsel to Broughton Street Partners Company, LLC
and REEP-MF STEWART AZ, LLC

Brian D. Huben, Esquire
Dustin P. Branch, Esquire
Nahal Zarnighian, Esquire
Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Counsel to Broughton Street Partners Company, LLC
 and REEP-MF STEWART AZ, LLC

Frederick Brian Rosner, Esquire
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE  19801
Counsel to Abbey Hotel Acquisition LLC

Internal Revenue Service
1111 Constitution Avenue Northwest
Washington DC 20006

Delaware Department Of Revenue
820 N. French Street,
Wilmington DE 19801;

Pennsylvania Department Of Revenue
1131 Strawberry Square
Harrisburg OA 17128

Pennsylvania Department Of Revenue
Lobby Strawberry Sq
Harrisburg PA 17128-0101

Federal Trade Commission
600 Pennsylvania Ave NW
Washington DC 20580;

Adams County Treasurer & Public Trustee
4430 S Adams County, Parkway
Brighton CO 80601

Adams County Treasurer & Public Trustee (Co)
Attn: Alex Villagran
4430 S Adams Cty Pkwy 2nd Fl. Ste. C2436
Brighton CO 80601;

Arizona Department Of Revenue
Po Box 29010
Phoenix AZ 85038

Arizona Department Of Revenue
1600 West Monroe Street
Phoenix AZ 85007

Broward County Tax Collector
115 S. Andrews Avenue, Room A
110 Fort Lauderdale FL 33301

Broward County Tax Collector (Fl)
115 S. Andrews Ave, A100
Fort Lauderdale FL 33301

Broward County Tax Collector's Office
115 S. Andrews Ave, A100
Fort Lauderdale FL 33301

California Department Of Tax And Fee Administration
Po Box 942879
Sacramento CA 94279

California Department Of Tax And Fee Administration
505 N Brand Blcd #700
Glendale CA 91203

Chatham County (Ga) Tax Commissioner Sonya L. Jackson
222 W Oglethorpe Ave #107
Savannah GA 31401

Chatham County Tax Commissioner
Po Box 9827
Savannah GA 31412

City & County Of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Room 140
San Francisco CA 94102

City & County Of San Francisco
Treasurer & Tax Collector José Cisneros
1 Dr. Carlton B. Goodlett Place
San Francisco CA 94102

City & County Of San Francisco
Po Box 7427
San Francisco CA 94120

City And County Of Denver
201 W Colfax Ave Department
1009 Webb Municipal Building
Denver CO 80202

City And County Of Denver
Po Box 17420
Denver CO 80217

City And County Of Denver
Wellington Webb Building
201 W. Colfax Ave., Department 1009
Denver CO 80202

City Of Alexandria
Alexandria Finance Department
301 King Street #1700
Alexandria VA 22314

City Of Alexandria
Redella S. "Del" Pepper Community Resource Center
4850 Mark Center Drive, Suite 2011
Alexandria VA 22334

City Of Alexandria Virginia
P O Box 34901
Alexandria VA 22334-0901

City Of Austin
City Hall
301 W. 2nd 3rd Floor
Austin TX 78701

City Of Beverly Hills
455 N. Rexford Dr
Beverly Hills CA 90210

Colorado Department Of Revenue
Tax Service Center
1881 Pierce St Entrance B
Lakewood CO 80214

Colorado Department Of Revenue
P.O. Box 17087
Denver CO 80217-0087

Colorado Department Of Revenue
1881 Pierce St. Entrance B
Lakewood CO 80214

Commonwealth Of Massachusetts
Po Box 7062
Boston MA 02204

Commonwealth Of Massachusetts
Attention: Taxpayer Assistance
100 Cambridge Street Boston MA 02204

Cook County Department Of Revenue
118 N. Clark Street Room 1160
Chicago IL 60602

DC Office Of Tax And Revenue
104 4th Street, Sw, Suite W270
Washington DC 20024

DC Office Of Tax And Revenue
1101 4th Street, Sw Suite 270
West Washington DC 20024

Denton County Tax Assessor Collector (Tx)
Attn: Dawn Waye
1505 East Mckinney Street
Denton TX 76209-4525

Denton County Tax Assessor Collector (Tx)
Attn: Dawn Waye
P.O. Box 90204
Denton TX 76202-5204

Denver Department Of Revenue
144 W. Colfax Ave.
Denver CO 80202

Florida Department Of Revenue
2450 Shumard Oak Blvd.
Tallahassee FL 32311

Florida Department Of Revenue
5050 W Tennessee St
Tallahassee FL 32399

Florida Department Of Revenue (Fl)
2450 Shumard Oak Blvd.
Tallahassee FL 32311

Georgia Department Of Revenue
2595 Century Pkwy Ne
Atlanta GA 30345

Georgia Department Of Revenue
2595 Century Parkway NE
Atlanta GA 30345-3173

Harris County Tax Assessor (Tx)
Attn: Annette Ramirez
1001 Preston St.
Houston TX 77002

Harris County Tax Assessor (Tx)
Attn: Annette Ramirez
Harris County Tax Office
P.O. Box 2110
Houston TX 77002-2109

Harris County Tax Assessor/Collector
1019 Congress, 15th Floor
Houston TX 77002

Illinois Department Of Revenue
101 W. Jefferson St.
Springfield IL 62702

Illinois Department Of Revenue
Willard Ice Building
01 West Jefferson Street
Springfield IL 62702

King County Treasury
201 S. Jackson St., Suite 710
Seattle WA 98104

King County Treasury (Wa)
500 4th Avenue
Seattle WA 98104

Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles CA 90054-0018

Los Angeles Office Of Finance Office
Of Finance Special Desk Unit
200 North Spring Street, Room 101
Los Angeles CA 90012

Louisiana Department Of Revenue
617 North Third Street
Baton Rouge LA 70821

Louisiana Department Of Revenue
617 North Third Street
Baton Rouge LA 70802

Massachusetts Department Of Revenue
Po Box 7003
Boston Ma 02204

Massachusetts Department Of Revenue
200 Arlington Street
Chelsea, MA 02150

Metro Nashville Finance/Collections Office
1 Public Square Suite 106
Nashville TN 37201

Metropolitan Nashville & Davidson County
1 Public Square Suite 204
Metro Council Office
Nashville, TN 37201

Michigan Department Of Treasury
Po Box 30401
Lansing, MI 48909

Michigan Department Of Treasury
430 W Allegan St.
Lansing, MI 48922

Minnesota Department Of Revenue
600 Robert St.
North St. Paul, MN 55101

Minnesota Department Of Revenue
600 N. Robert St.
St. Paul, MN 55146

Minnesota Department Of Revenue
Mail Station 0015
600 N. Robert St.
St. Paul, MN 55146-0015

New Orleans Revenue Department
1300 Perdido St.
New Orleans, LA 70112

New York State Department Of Taxation
Po Box 15180
Albany NY 12212

New York State Department Of Taxation And Finance Building 9
W.A. Harriman Campus
Albany, NY 12227

New York State Department Of Taxation And Finance
Susa Harriman Campus Rd
Albany, NY 12226

NYC Department Of Finance Hotel Room Occupancy Tax
1 Centre Street, 22nd Floor
New York, NY 10007

Orange County Comptrollers' Office
Orange County Administration Center
201 S Rosalind Ave, 4th Floor
Orlando FL 32801

Orange County Tax Collector
Po Box 545100
Orlando, FL 32854

Pension Benefit Guaranty Corporation
1200 K St Nw, Ste 6
Washington, DC 20005

Pension Benefit Guaranty Corporation
1200 K St Nw, Ste L707
Washington, DC 20005

Pension Benefit Guaranty Corporation
Po Box 151750
Alexandria, VA 22315-1750

Rivreside County (CA)
P.O. Box 12005
Riverside, CA 92502-2205

Tarrant County Tax Assessor-Collector
100 E. Weatherford
Fort Worth, TX 76196

Tarrant County Tax Assessor-Collector (Tx)
Attn: Rick D. Barnes
100 E. Weatherford
Fort Worth, TX 76196

Tennessee Department Of Revenue
500 Deaderick Street
Nashville, TN 37242

Tennessee Department Of Revenue
Andrew Jackson Building
500 Deaderick Street
Nashville, TN 37242

Texas Comptroller Of Public Accounts
111 E. 17th St.
Austin, TX 78774

Texas Comptroller Of Public Accounts
Lyndon B. Johnson State Office Building
111 East 17th Street, Austin, TX 78774

The City Of Austin/Austin Financial Services
505 Barton Springs Road, 3rd Floor
Austin, TX 78704

The City Of Miami Beach Finance Department
1755 Meridian Avenue, Suite 100
Miami Beach, FL 33139

U.S. Department Of Labor
200 Constitution Ave, Nw
Washington, DC 20210

U.S. Small Business Administration
409 3rd St. SW
Washington, DC 20416

Washington Department Of Revenue
2101 4th Ave, Suite 1400
Seattle, WA 98121

Wayne County Treasurer's Office
400 Monroe Street, 5th Floor
Detroit, MI 48226

Wisconsin Department Of Revenue
2135 Rimrock Rd #6-301
Madison WI 53713-1443

City Of Beverly Hills Utilities
2 Civic Center Drive
Beverly Hills CA 90210

City Of Beverly Hills Finance Department
455 N Rexford Drive 3rd Floor
Beverly Hills CA 90210

City Of Cambridge
795 Massachusetts Avenue
Cambridge MA 02139

City Of Chicago Department Of Finance Tax Division
2 N. La Salle Street, Suite
1310 Chicago IL 60602

City Of Chicago Department Of Finance
333 S. State St., Suite 300
Chicago IL 60604

City Of Dallas
1500 Marilla St.
Dallas TX 75201

City Of Detroit Treasurer
PO Box 33193
Detroit MI 48232

City Of Detroit Treasurer
Attn: Nikhil Patel
Detroit Taxpayer Service Center
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 130
Detroit MI 48226

City Of Detroit Water And Sewerage Department
735 Randolph Street
Detroit MI 48226

City Of Inglewood
One Manchester Boulevard
Inglewood CA 90301

City Of Laguna Beach
505 Forest Avenue
Laguna Beach CA 92651

City Of Long Beach
PO Box 630
Long Beach CA 90842-0001

City Of Long Beach
411 W. Ocean Boulevard
Long Beach CA 90802

City Of Miami Beach Finance Resort Tax
Attn: Finance Department
1755 Meridian Avenue, Suite 100
Miami Beach FL 33139

City Of Miami Beach Utilities
1700 Convention Center Dr.
Miami Beach FL 33139

City Of Miami Beach/Resort Tax
1700 Convention Center Drive
Miami Beach FL 33139

City Of New Orleans City Hall
1300 Perdido St, 7th Floor
New Orleans LA 70112

City Of New Orleans Department Of Finance Bureau Of Revenue - Sales Tax
1300 Perdido St. Rm 1w15
New Orleans LA 70112

City Of New Orleans
City Hall 1300 Perdido St. Room 1w40
New Orleans LA 70112

City Of Philadelphia
Municipal Services Building
1401 John F. Kennedy Blvd.
Philadelphia PA 19102

City Of San Diego
202 C St.
San Diego CA 92101

City Of San Diego
PO Box 121750
San Diego CA 92112

City Of San Diego
Elizabeth Correia, City Treasurer
1200 Third Ave., Suite
100 San Diego CA 92101

City Of San Diego Public Utilities
525 B Street
San Diego CA 92101

City Of Savannah
P.O. Box
1027 Savannah GA 31402

City Of Savannah
305 Fahm Street
Savannah GA 31401

City Of Savannah Revenue Department
305 Fahm St. Coastal Georgia Center
Savannah GA 3140

Alter Domus (US) LLC
225 W Washington St 9th FL
Chicago, IL 60606

Marriott International
Attention: Law Department 52/923.28
7750 Wisconsin Avenue
Bethesda, MD 20814

Tbr-L Village 21 Owner, LLC
Attn: Katrina Thames
1710 Belcourt Ave.
Nashville TN 37212

Tbr-L Village 21 Owner, LLC c/o
Nelson Mullins Riley & Scarborough LLP
Attn: Woods Drinkwater 1
222 Demonbreun St. Suite 1700
Nashville TN 37203

Tbr-L Village 21 Owner, LLC
Attn: Robert West Tribridge Residential LLC
100 Peachtree Street NW, Suite 1400
Atlanta GA 30303

Tbr-L Village 21 Owner, LLC
Attn: Benjamin London
London Management Corp.
701 Brickell, Suite 1490
Miami FL 33131

Tbr-L Village 21 Owner, LLC
1201 20th Street
Miami Beach FL 33139

Integrity Services, Inc.
Attn: Justin Roy
357 N Ave
Wakefield MA 01880

Wilmerhale
2100 Pennsylvania Avenue NW
Washington, DC 20037

Oracle America Inc.
Attention:  Manjunath Angadi
500 Oracle Parkway
Redwood City, CA  94065

Wilson Sonsini Goodrich & Rosati P.C.
650 Page Mill Road
Palo Alto, CA  94304-1050

Sullivan & Worcester LLP
One Post Office Square
Boston, MA  02109

Maverick Capital
Attention:  Greg Muller
123 South Broad Street
Suite 2450
Philadelphia, PA  19109

PRDC Properties LLC
Attention:  Tony Maras
740 Samson Street, Suite 501
Philadelphia, PA  19106

Circ Hotel, LLC
Attention;  Rhonda L. Randall
776 Polk Street, Suite 200
Hollywood, FL  33020

B-1208 Pine LLC
Attention:  James Wong
606 Maynard Avenue South
Suite 251
Seattle, WA  98104

1681 West Ventures LLC
Attention:  Rock Soffer
3323 NE 163rd Street, Suite 600
Miami, FL  33160

Salesforce.Com Inc.-Tech Inc.
Attention:  A. Biehl
415 Mission Street, 3rd Floor
San Francisco, CA  94043

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA  94043

Bonnis Properties
Attention:  Kerry Bonnis
#300—526 Granville Street
Vancouver, BC V6C 1W6

Grand Peaks
Attention: Marc Swerdlow
4582 S. Ulster Street, Suite 1200
Denver, CO 80237

BIT NLG III Investors LLC
Attention: Robert Pfefferle
150-90 South 7th Street
Minneapolis, MN 55402

Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110

Elk Investors
Attention: Mory Kalimian
489 5th Avenue, 7th Floor
New York, NY 10017

Amazon Web Services, Inc.
P.O. Box 84023
Seattle, WA 98124-8423

Silverstein Properties
Attention: Nick Baxter
250 Greenwich Street
New York, NY 10007

Palace Company, LLC
Attention: Shahram Delijani
333 S Beaudiy Avenue, Suite 1100
Los Angeles, CA 90012

Ironstate Development
Attention: Morris Moinian
60 Madison Avenue, Suite 1010
New York, NY 10010

Acadia Realty Trust
Attention: Gottfried
4100 Theodore Fremd Avenue
Suite 300
Rye, NY 10580

20 Broad Street Owner LLC
c/o Herrick Feinstein LLP
Two Park Avenue
New York, NY  10016

Desarrolladora Red, S.A. de C.V.
c/o GS2 Law
20803 Biscayne Boulevard
Suite 405
Aventura, FL  33180

Indus Investments, Inc.
c/o 707 Wilshire Boulevard
Suite 3250
Los Angeles, CA  90017

Jetall, et al.
c/o Baker Botts LLP
401 S 1st Street, Suite 1300
Austin, TX  78704

DLA Piper Mexico, S.C.
Paseo De Los Tamarindos
No. 400 A Piso
31 Bosques De Laslomas
Ciudad De Mexico CDMX, 005120