IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC., *et al.*<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>(Jointly Administered) |

Re: D.I. 146

**ORDER GRANTING BROUGHTON STREET PARTNERS COMPANY, LLC
RELIEF FROM THE AUTOMATIC STAY**

Broughton Street Partners Company, LLC (the "Landlord"), leased premises located at (1) 25 E. Broughton St., Savannah, GA 31401; (2) 109-115 W. Broughton St., Savannah, GA 31401; (3) 212-218 W. Broughton St., Savannah, GA 31401; (4) 220 W. Broughton St., Savannah, GA 31401; and (5) 226-228 W. Broughton St., Savannah, GA 31401 (collectively, the "Premises") to Sonder USA Inc. pursuant to certain lease agreements (collectively, the "Leases").

The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order consistent with Article III of the United States Constitution; the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having found that irreparable harm will result to Landlord and the Debtors' interest in the property at the Premises if relief is not granted immediately and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

IT IS HEREBY ORDERED that:

1. Landlord is granted relief from the automatic stay solely and only to implement the Protective Measures and to take all other actions necessary to secure and protect the Premises.

2. The Chapter 7 Trustee shall make reasonable efforts to assist Landlord in implementing the Protective Measures.

3. Notwithstanding the entry of this Order, both Landlord and the Chapter 7 Trustee reserve all of their rights, claims, and/or defenses regarding whether the Leases were, in fact, terminated prior to the Petition Date, and all of Landlord's and the Chapter 7 Trustee's rights are hereby reserved and preserved.

4. This Order shall be fully effective and enforceable immediately upon entry, and the 14-day stay under Bankruptcy Rule 4001(a)(4) shall not apply to this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated: December 8th, 2025  
Wilmington, Delaware

KAREN B. OWENS  
CHIEF JUDGE