# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>SONDER HOLDING INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING ON DECEMBER 12, 2025 AT 11:00 A.M. BEFORE THE HONORABLE KAREN B. OWENS

> **Please note that this hearing will be held in Courtroom No. 3, 6th Floor, in front of The Honorable Karen B. Owens. This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## MATTERS GOING FORWARD:

1. Emergency Motion For Sale of Property Free and Clear of Liens/Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 123], filed on December 3, 2025.

    **Related Documents:**

    A. Motion to Shorten /Motion for an Expedited Hearing and to Limit Notice with Respect to Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III)

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 125], filed November 21, 2025.

B. Order Granting Motion for an Expedited Hearing and to Limit Notice With Respect to Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 127], filed November 24, 2025.

C. Certificate of Service [D.I. 135] (related document(s) 123, 125, 127, 128), filed December 4, 2025.

D. Notice of (A) Revised Proposed Order Granting Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Proposed Leases Free and Clear; and (IV) Granting Related Relief, (B) Revised Bidding Procedures and (C) Schedule 1 to Assignment and Cure Notice [D.I. 168], filed December 9, 2025.

**Objections/Responses:**

N/A

**Status:**  This matter is going forward.

| | |
|---|---|
| Dated: December 10, 2025<br>Wilmington, Delaware | **DUANE MORRIS LLP**<br><br>*/s/ Lawrence J. Kotler*<br>Lawrence J. Kotler, Esquire (DE 4181)<br>Drew S. McGehrin, Esquire (DE 6508)<br>1201 N. Market Street, Suite 501<br>Wilmington, DE  19801<br>Telephone: (302) 657-4900<br>Email: ljkotler@duanemorris.com<br>           dsmcgehrin@duanemorris.com<br><br>-and-<br><br>**SULLIVAN HAZELTINE ALLISON LLC**<br>William D. Sullivan, Esquire<br>Sullivan Hazeltine Allinson LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Telephone: (302) 428-8191<br>Email:bsullivan@sha-llc.com<br><br>*Co-Counsel to The Chapter 7 Trustee* |

3

DM3\22145991.2