IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SONDER HOLDINGS INC.[1], *et al.*, | Case No. 25-12040 (KBO) |
| Debtors. | Related to Docket No. 288 |

**NOTICE OF SECOND SUPPLEMENT TO SCHEDULE 1 TO PROPOSED ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on December 30, 2025, Jami Nimeroff, Esquire (the "Trustee"), the court-appointed, interim chapter 7 trustee for the estates of Sonder Holdings Inc. and its affiliated debtors (the "Debtors") in the above-captioned bankruptcy cases, by and through her proposed undersigned counsel, filed the *Chapter 7 Trustee's Omnibus Motion for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases of Nonresidential Real Property; And (II) Granting Related Relief* [Docket No. 288] (the "Rejection Motion")[2] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Rejection Motion requests entry of the Proposed Order (i) authorizing the Trustee to either reject the Leases listed on Schedule 1 thereto as of the Rejection Date or the estates' interest in and to such Leases (to the extent applicable) and (ii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that the Trustee has supplemented Schedule 1 to the Proposed Order to add the additional Lease listed on **Exhibit A** hereto.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Rejection Motion.

**PLEASE TAKE FURTHER NOTICE** that all dates, deadlines and procedures, including with respect to any objections, relating to the Rejection Motion shall remain in full force and effect.

Dated:  January 5, 2026                                   **DUANE MORRIS LLP**

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler (DE 4181)
Drew S. McGehrin (DE 6508)
1201 N. Market Street, Suite 501
Wilmington, Delaware  19801
Tel: 302-657-4900
Fax: 302-657-4901
Email: ljkotler@duanemorris.com
           dsmcgehrin@duanemorris.com

*Proposed Counsel to the Chapter 7 Trustee*

**EXHIBIT A**

| | Debtor | Property Address | Landlord | Landlord Address |
|---|---|---|---|---|
| 1. | Sonder USA Inc. | 212-218 West Boughton Street, Savannah, GA 31401 | Broughton Street Partners Company, LLC | 212-218 West Boughton Street, Savannah, GA 31401 |