# **Exhibit 9**

# **Delivery Confirmation for Notice of Lease Termination**

9314 8699 0430 0142 4544 68

SONDER HOSPITALITY USA INC.
ATTN: GENERAL MANAGER
1415 N DAYTON ST STE 117
CHICAGO, IL 60642-7035

5.30

0.00

2.82

0.00

0.74

8.86

Chelsea McCarthy
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606

SONDER HOSPITALITY USA INC.
ATTN: GENERAL MANAGER
1415 N DAYTON ST STE 117
CHICAGO, IL 60642-7035

Chelsea McCarthy
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606

Charge To: 888070.00001



9314 8699 0430 0142 4544 68
RETURN RECEIPT (ELECTRONIC)

# Please Discard



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9314 8699 0430 0142 4544 68

| | | |
|---|---|---|
| Certified Mail Fee | $ | 5.30 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.82 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.74 |
| Total Postage and Fees | $ | 8.86 |

LOOP RETAIL STORE 60604
NOV 12 2025
Postmark Here
USPS

Sent to:

SONDER HOSPITALITY USA INC.
ATTN: GENERAL MANAGER
1415 N DAYTON ST STE 117
CHICAGO, IL 60642-7035

Reference Information

PS Form 3800, Facsimile, July 2015

Case 25-12040-KBO    Doc 314-9    Filed 01/09/26    Page 4 of 22

ORIGIN ID:CHIA      (312) 715-5768
CHELSEA MCCARTHY
HOLLAND & KNIGHT
150 N. RIVERSIDE PLAZA
SUITE 2700
CHICAGO, IL 60606
UNITED STATES US

SHIP DATE: 12NOV25
ACTWGT: 0.31 LB
CAD: 255359448/WSXI3600

BILL SENDER

TO **GENERAL MANAGER**
**SONDER HOSPITALITY USA INC.**
**1415 N DAYTON ST**
**STE 117**
**CHICAGO IL 60642**
(773) 750-2928          REF: 888070.00001
INV:
PO: 75424                    DEPT:

58H-J2501C/59F2

**FedEx** ®
Express

J2540250924011uv

**THU - 13 NOV 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201   **3952 7292 8868**

**79 GYYA**              **60642**
                IL-US   **ORD**





 Tracking ID:    395272928868

## Travel history

Sort by: Ascending

Wednesday, 11/12/25

- 1:57 PM
  **Shipment information sent to FedEx**

- 5:01 PM
  **Picked up**
  CHICAGO, IL

- 5:05 PM
  **Shipment arriving On-Time**
  CHICAGO, IL

- 9:35 PM
  **At local FedEx facility**
  CHICAGO, IL

Thursday, 11/13/25

- 7:25 AM
  **At local FedEx facility**
  CHICAGO, IL

- 8:29 AM
  **On FedEx vehicle for delivery**
  CHICAGO, IL

- 8:42 AM
  **Delivery exception**
  Incorrect address - Recipient moved
  CHICAGO, IL

- 4:09 PM
  **At local FedEx facility**
  CHICAGO, IL

Friday, 11/14/25

- 11:25 AM
  **At local FedEx facility**
  CHICAGO, IL

Saturday, 11/15/25

- 10:24 AM
  **At local FedEx facility**
  CHICAGO, IL



- 3:24 PM
  **At local FedEx facility**
  CHICAGO, IL

Tuesday, 11/18/25

- 4:07 PM
  **At local FedEx facility**
  CHICAGO, IL

Wednesday, 11/19/25

- 3:40 PM
  **At local FedEx facility**
  CHICAGO, IL

Thursday, 11/20/25

- 6:05 PM
  **At local FedEx facility**
  CHICAGO, IL

Friday, 11/21/25

- 7:16 AM
  **Returning package to shipper**
  Return tracking number  886266875198
  CHICAGO, IL

---

## Shipment facts

 Shipment overview

**TRACKING NUMBER**   395272928868

**SHIP DATE** ⑦   11/12/25

**STANDARD TRANSIT** ⑦   11/13/25 before 10:30 AM

**SCHEDULED DELIVERY DATE**   11/21/25 by end of day

 Services

**SERVICE**   FedEx Priority Overnight

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday



**WEIGHT**    1 lbs / 0.45 kgs

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    1 lbs / 0.45 kgs

**PACKAGING**    Your Packaging

---

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2025



Site Map    |    Cookie Consent    |    Terms of Use    |    Privacy & Security    |    Ad Choices

||·|·|·|||||||·|·||||·|·||·||··|·|||··|·||||·|·|·||·|·|·||··|||

SONDER USA, INC.
ATTN: LEGAL DEPARTMENT
447 SUTTER ST STE 405
SAN FRANCISCO, CA 94108-4618

9314 8699 0430 0142 4546 04

5.30

0.00

2.82

0.00

0.74

8.86

Chelsea McCarthy
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606

SONDER USA, INC.
ATTN: LEGAL DEPARTMENT
447 SUTTER ST STE 405
SAN FRANCISCO, CA 94108-4618

Chelsea McCarthy
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606

Charge To: 888070.00001



9314 8699 0430 0142 4546 04
RETURN RECEIPT (ELECTRONIC)

# Please Discard



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9314 8699 0430 0342 4546 04

| | | |
|---|---|---|
| Certified Mail Fee | $ | 5.30 |
| Return Receipt (Hardcopy) | $ | 0.00 |
| Return Receipt (Electronic) | $ | 2.82 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.74 |
| Total Postage and Fees | $ | 8.86 |

Sent to:

SONDER USA, INC.
ATTN: LEGAL DEPARTMENT
447 SUTTER ST STE 405
SAN FRANCISCO, CA 94108-4618

Reference Information

PS Form 3800, Facsimile, July 2015



November 18, 2025

Dear Covius Document Services:

The following is in response to your request for proof of delivery on your item with the tracking number: **9314 8699 0430 0142 4546 04**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 17, 2025, 02:16 p.m. |
| **Location:** | SAN FRANCISCO, CA 94108 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | SONDER USA  INC  ATTN  LEGAL DEPARTMENT |

| Shipment Details | |
|---|---|
| **Weight:** | 1.0oz |

| Destination Delivery Address | |
|---|---|
| **Street Address:** | 447 SUTTER ST STE 405 |
| **City, State ZIP Code:** | SAN FRANCISCO, CA 94108-4618 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *melissa* *melissa* |
| Address of Recipient: | *447 Sutter 405* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Information in this section provided by Covius Document Services, LLC.

**Reference Number:**  888070.00001

Case 25-12040-KBO   Doc 314-9   Filed 01/09/26

ORIGIN ID:CHIA      (312) 715-5768
CHELSEA MCCARTHY
HOLLAND & KNIGHT
150 N. RIVERSIDE PLAZA
SUITE 2700
CHICAGO, IL 60606
UNITED STATES US

SHIP DATE: 12NOV25
ACTWGT: 0.12 LB
CAD: 255359448/WSXI3600

BILL SENDER

TO **LEGAL DEPARTMENT**
**SONDER USA, INC.**
**447 SUTTER ST**
**STE 405**
**SAN FRANCISCO CA 94108**
(773) 750-2928          REF: 888070.00001
INV:
PO: 75424                          DEPT:

58H-J2501C/59F2

FedEx
Express

J2540250092401uiv

**THU - 13 NOV 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201   **3952 7324 2468**

**XA APCA**                    **94108**
                  CA-US   **SFO**

**FedEx**

November 21, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 395273242468

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | SAN FRANCISCO, CA, |
| | | Delivery date: | Nov 13, 2025 09:41 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 395273242468 | Ship Date: | Nov 12, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:                                          Shipper:

SAN FRANCISCO, CA, US,                      Chicago, IL, US,

| | |
|---|---|
| Reference | 888070.00001 |
| Purchase Order | 75424 |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



 

← Tracking ID:   395273242468

## Travel history

Sort by: Ascending

Wednesday, 11/12/25

- 2:03 PM
  **Shipment information sent to FedEx**

- 5:01 PM
  **Picked up**
  CHICAGO, IL

- 5:05 PM
  **Shipment arriving On-Time**
  CHICAGO, IL

- 9:15 PM
  **Left FedEx origin facility**
  CHICAGO, IL

Thursday, 11/13/25

- 3:08 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 7:16 AM
  **At local FedEx facility**
  SAN FRANCISCO, CA

- 7:57 AM
  **On FedEx vehicle for delivery**
  SAN FRANCISCO, CA

- 9:02 AM
  **Delivery exception**
  Customer not available or business closed
  SAN FRANCISCO, CA

-  9:41 AM
  **Delivered**
  SAN FRANCISCO, CA

## Shipment facts

 Shipment overview

**TRACKING NUMBER**   395273242468

**DELIVERED TO**   Residence



**STANDARD TRANSIT**     11/13/25 before 10:30 AM

**DELIVERED**    11/13/25 at 9:41 AM

 Services

**SERVICE**    FedEx Priority Overnight

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday

Package details

**WEIGHT**    1 lbs / 0.45 kgs

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    1 lbs / 0.45 kgs

**PACKAGING**    Your Packaging

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2025

Site Map    |    Cookie Consent    |    Terms of Use    |    Privacy & Security    |    Ad Choices

SONDER HOSPITALITY USA INC.
ATTN: OFFICE OF THE GENERAL COUNSEL
101 15TH ST
SAN FRANCISCO, CA 94103-5103

9314 8699 0430 0142 4545 05

5.30

0.00

2.82

0.00

0.74

8.86

Chelsea McCarthy
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606

SONDER HOSPITALITY USA INC.
ATTN: OFFICE OF THE GENERAL COUNSEL
101 15TH ST
SAN FRANCISCO, CA 94103-5103

Chelsea McCarthy
Holland & Knight LLP
150 North Riverside Plaza
Suite 2700
Chicago, IL 60606

Charge To: 888070.00001



9314 8699 0430 0142 4545 05
RETURN RECEIPT (ELECTRONIC)

# Please Discard

# U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

### USPS® ARTICLE NUMBER
9314 8699 0430 0142 4545 05

| | |
|---|---|
| Certified Mail Fee | $ 5.30 |
| Return Receipt (Hardcopy) | $ 0.00 |
| Return Receipt (Electronic) | $ 2.82 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.74 |
| Total Postage and Fees | $ 8.86 |

Postmark Here

NOV 12 2025

LOOP RETAIL STORE 60604 USPS

**Sent to:**

SONDER HOSPITALITY USA INC.
ATTN: OFFICE OF THE GENERAL COUNSEL
101 15TH ST
SAN FRANCISCO, CA 94103-5103

**Reference Information**

Form 3800, Facsimile, July 2015

ORIGIN ID:CHIA   (312) 715-5768
CHELSEA MCCARTHY
HOLLAND & KNIGHT
150 N. RIVERSIDE PLAZA
SUITE 2700
CHICAGO, IL 60606
UNITED STATES US

SHIP DATE: 12NOV25
ACTWGT: 0.12 LB
CAD: 255339448/WSXI3600

TO OFFICE OF THE GENERAL COUNSEL
SONDER HOSPITALITY USA INC.
101 15TH ST

BILL SENDER

SAN FRANCISCO CA 94103
(773) 750-2928
INV:
PO: 75424
REF: 886070.00001
DEPT:

FedEx Express

TRK# 3952 7311 2819
0201

THU - 13 NOV 10:30A
PRIORITY OVERNIGHT

XA SFOA

94103
CA-US   SFO

J254025092401uv

58HJ2/501C/59F2



November 21, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 395273112819

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | M.Larry | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday | | SAN FRANCISCO, CA, |
| | | Delivery date: | Nov 17, 2025 10:26 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 395273112819 | Ship Date: | Nov 12, 2025 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:

SAN FRANCISCO, CA, US,

Shipper:

Chicago, IL, US,

| | |
|---|---|
| Reference | 888070.00001 |
| Purchase Order | 75424 |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx



← Tracking ID:    395273112819

## Travel history

Sort by: Ascending

**Wednesday, 11/12/25**

- 2:00 PM
  **Shipment information sent to FedEx**

- 5:01 PM
  **Picked up**
  CHICAGO, IL

- 5:05 PM
  **Shipment arriving On-Time**
  CHICAGO, IL

- 9:15 PM
  **Left FedEx origin facility**
  CHICAGO, IL

**Thursday, 11/13/25**

- 3:08 AM
  **Departed FedEx hub**
  MEMPHIS, TN

- 7:06 AM
  **At local FedEx facility**
  SAN FRANCISCO, CA

- 7:16 AM
  **On FedEx vehicle for delivery**
  SAN FRANCISCO, CA

- 10:10 AM
  **Delivery exception**
  Incorrect address
  SAN FRANCISCO, CA

- 6:57 PM
  **Arrived at FedEx hub**
  SAN FRANCISCO, CA

 

- 4:54 AM
  **On FedEx vehicle for delivery**
  SAN FRANCISCO, CA

- 9:26 AM
  **Delivery exception**
  Incorrect address
  SAN FRANCISCO, CA

- 6:29 PM
  **At local FedEx facility**
  SAN FRANCISCO, CA

Monday, 11/17/25

- 5:04 AM
  **At local FedEx facility**
  SAN FRANCISCO, CA

- 5:08 AM
  **On FedEx vehicle for delivery**
  SAN FRANCISCO, CA

- 10:26 AM
  **Delivered**
  SAN FRANCISCO, CA

Wednesday, 11/19/25

- 4:13 AM
  **At local FedEx facility**
  SAN FRANCISCO, CA

- 6:06 AM
  **On FedEx vehicle for delivery**
  SAN FRANCISCO, CA

- 6:33 AM
  **At local FedEx facility**
  SAN FRANCISCO, CA

- 7:45 AM
  **On FedEx vehicle for delivery**
  SAN FRANCISCO, CA

- 11:08 AM
  **At local FedEx facility**
  SAN FRANCISCO, CA

 

- 6:17 AM
  **At local FedEx facility**
  SAN FRANCISCO, CA

- 6:20 AM
  **On FedEx vehicle for delivery**
  SAN FRANCISCO, CA

- 10:06 AM
  **Delivered**
  SAN FRANCISCO, CA

---

## Shipment facts

 Shipment overview

**TRACKING NUMBER**    395273112819

**DELIVERED TO**    Shipping/Receiving

**SHIP DATE** ⑦   11/12/25

**STANDARD TRANSIT** ⑦   11/13/25 before 10:30 AM

**DELIVERED**    11/17/25 at 10:26 AM

 Services

**SERVICE**    FedEx Priority Overnight

**TERMS**    Shipper

**SPECIAL HANDLING SECTION**    Deliver Weekday

 Package details

**WEIGHT**    1 lbs / 0.45 kgs

**TOTAL PIECES**    1

**TOTAL SHIPMENT WEIGHT**    1 lbs / 0.45 kgs

**PACKAGING**    Your Packaging

---

**OUR COMPANY**

About FedEx

Our Portfolio



FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

FedEx Developer Portal

FedEx Logistics

**LANGUAGE**

 United States

**FOLLOW FEDEX**

© FedEx 1995-2025

Site Map    |    Cookie Consent    |    Terms of Use    |    Privacy & Security    |    Ad Choices