## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| SONDER HOLDINGS INC., *et al.*,[1] | Case No. 25-12040 (KBO) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING ON FEBRUARY 20, 2026 AT 10:00 A.M.
### BEFORE THE HONORABLE KAREN B. OWENS

> **Please note that this hearing will be held in Courtroom No. 3, 6th Floor, in front of The Honorable Karen B. Owens. This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTERS:**

1.  Chapter 7 Trustee's Motion for Entry of Order Authorizing Retention of Consultants Pursuant to 11 U.S.C. § 363(b) [D.I. 316], filed on January 12, 2026.

**Related Documents:**

   A.  Certificate of No Objection Regarding Chapter 7 Trustees Motion For Entry Of Order Authorizing Retention Of Consultants Pursuant To 11 U.S.C. § 363(b) [D.I. 367], filed on January 26, 2026.

   B.  Order Authorizing Retention of Consultants [D.I. 375], entered on January 27, 2026.

**Objections/Responses:** None

**Status**: An Order has been entered resolving this matter.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

2.      Chapter 7 Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts or Unexpired Leases [D.I. 319], filed on January 13, 2026.

**Related Documents:**

   A.   Certification of Counsel Regarding Chapter 7 Trustee's Motion for Entry of an Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases [D.I. 390], filed on January 28, 2026.

   B.   Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [D.I. 391], entered on January 29, 2026.

**Objections/Responses:** None

**Status**: An Order has been entered resolving this matter.

3.      Motion of Papago Scottsdale, LLC for Entry of an Order: Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362 [D.I. 383], filed on January 27, 2026.

**Related Documents:**

   A.   Declaration of Joshua Fletcher in Support of Motion of Papago Scottsdale, LLC for Entry of an Order: Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362 [D.I. 384], filed on January 27, 2026.

   B.   Certificate of No Objection Regarding Motion of Papago Scottsdale, LLC for Entry of an Order: Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362 [D.I. 416], filed on February 11, 2026.

   C.   Order Granting Papago Scottsdale LLC Relief From the Automatic Stay [D.I. 419], entered on February 12, 2026.

**Objections/Responses:** None

**Status**: An Order has been entered resolving this matter.

4.      Chapter 7 Trustee's Motion For Entry Of Order Authorizing And Approving That Certain Release And Assignment In Favor Of Great American Insurance Company Pursuant To Bankruptcy Rule 9019 [D.I. 389], filed on January 28, 2026.

**Related Documents:**

   A.   Certificate of No Objection Regarding Chapter 7 Trustees Motion For Entry Of Order Authorizing And Approving That Certain Release And Assignment In Favor Of Great American Insurance Company Pursuant To Bankruptcy Rule 9019 [D.I. 418], filed on February 12, 2026.

   B.   Order Approving Release and Assignment in Favor of Great American Insurance Company [D.I. 420], entered on February 12, 2026.

**Objections/Responses:** None

**Status**: An Order has been entered resolving this matter.

5.      Motion to Extend the Time Period Within Which the Trustee May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 405], filed on February 4, 2026.

**Related Documents:**

   A. Certificate of No Objection Regarding Motion to Extend the Time Period Within Which the Trustee May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 425], filed on February 16, 2026.

   B. Order Granting Motion to Extend the Time Period Within Which the Trustee May File Notices to Remove Actions Pursuant to 28 U.S.C. § 1452 and Rules 9027 and 9006 of the Federal Rules of Bankruptcy Procedure [D.I. 427], entered on February 17, 2026.

**Objections/Responses:** None

**Status**: An Order has been entered resolving this matter.


**MATTERS GOING FORWARD**

6.      Order Approving Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 192], filed December 12, 2025.

**Related Documents:**

   A. Motion For Sale of Property Free and Clear of Liens(FEE) /Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 123], filed December 3, 2025.

   B. Motion to Shorten/Motion for an Expedited Hearing and to Limit Notice with Respect to Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III)

DM3\22409528.1

Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 125], filed December 3, 2025.

C.  Order Granting Motion for an Expedited Hearing and to Limit Notice With Respect to Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 127]filed December 3, 2025.

D.  Exhibit(s)/Notice of (A) Revised Proposed Order Granting Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Proposed Leases Free and Clear; and (IV) Granting Related Relief, (B) Revised Bidding Procedures and (C) Schedule 1 to Assignment and Cure Notice [D.I. 168], filed December 9, 2025.

E.  Certification of Counsel Regarding Revised Proposed Order Granting Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief, (B) Revised Bidding Procedures, and (C) Schedule 1 to Assignment and Cure Notice (related document(s)123,168) Filed by Jami Nimeroff [D.I. 190], filed December 12, 2025.

F.  Motion to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases [D.I. 319], filed January 13, 2026.

G.  Notice of Successful Bidders With Respect to the Auction of Certain of the Debtors Lease Assets [D.I. 322], filed January 14, 2026.

H.  Certification of Counsel Regarding Order Approving Lease Termination Agreement for 901 Leslie, LLC [D.I. 342], filed January 16, 2026.

I.  Witness and Exhibit List of Chapter 7 Trustee for the Hearings Set for January 21, 2026 at 3:00 p.m. (ET) and January 23, 2026 at 9:00 a.m. (ET) [D.I. 343] filed January 20, 2026

J.  Omnibus Reply of Chapter 7 Trustee in support of the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear [D.I. 344] filed January 20, 2026.

K.  Order Approving Lease Termination Agreement with 901 Leslie, LLC [D.I. 348] entered on January 20, 2026.

DM3\22409528.1

L.   Certification of Counsel Regarding Order Approving Lease Termination Agreements with AH Axis Erie, LLC and 1419 S. Wabash Development Corporation [D.I. 353] filed on January 22, 2026.

M.   Certification of Counsel Regarding Order Approving Lease Termination Agreement with One Fifteen South Jackson, LLC [D.I. 354] filed on January 22, 2026.

N.   Certification of Counsel Regarding Order Approving Lease Termination Agreement with BLDG LIC 39th St LLC, BLDG Oceanside 39th ST LLC and BLDG Clark 39th St LLC[D.I. 363 ] filed on January 23, 2026.

O.   Certification of Counsel Regarding Order Sustaining Safon Owners LLC's Objection to the Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief (D.I. 123) and the Cure Notice (D.I. 192-2) [D.I. 364] filed on January 23, 2026.

P.   Certification of Counsel Regarding Stipulation for Rejection of Lease [D.I. 368] filed on January 26, 2026.

**Objections/Responses**

A.   Limited Objection to the Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief [D.I. 182], filed December 11, 2025.

B.   Objection AP Newberry Street Portfolio #1, LLC's Objection to Proposed Cure Amount [D.I. 216], filed December 19, 2025.

C.   Objection of BDC 56, LLC To The Potential Assumption Or Assumption And Assignment And Proposed Cure Amounts Of Certain Contracts And Unexpired Leases [D.I. 227], filed December 23, 2025.

D.   Objection of 24 E 39 LLC to Proposed Cure Amount [D.I. 230], filed December 23, 2025.

E.   Objection to Chapter 7 Trustees Proposed Cure Amount filed by Thompson 195 Nassau Associates, LLC [D.I. 232], filed December 23, 2025.

F.   Objection to Proposed Cure Amount filed by New Orleans Redevelopment Partners 2, LLC [DI. 233], filed December 23, 2025.

G.  Objection to Proposed Cure Amount filed by Hessel Properties, GP [D.I. 237], filed December 23, 2025.

H.  Objection of Premiere 130 Duane, LLC to Proposed Cure Amount [D.I. 238], filed December 23, 2025.

I.  Objection to Proposed Cure Amount filed by Avalon Investors 7, LLC [D.I. 239], filed December 23, 2025.

J.  Objection of TBR-L Village 21 Owner, LLC to Debtors' Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 240], filed December 24, 2025.

K.  Objection to Notice of Potential Assumption or Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases filed by ISSTA 27th Street LLC [D.I. 241], filed December 24, 2025.

L.  Objection of 19 South Wabash, LLC to Proposed Cure Amount [D.I. 243], filed December 24, 2025.

M.  Objection of 417 South Dearborn Mt, LLC to Proposed Cure Amounts [D.I. 244], filed December 24, 2025.

N.  Objection by BIT NLG III Investors LLC to Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 246], filed December 24, 2025.

O.  Objection to Proposed Cure Amount filed by IHotel LLC [D.I. 247], filed December 24, 2025.

P.  Objection to Proposed Cure Amount filed by 3354 Larimer, LLC [D.I. 248], filed December 24, 2025.

Q.  Objection to Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases Filed by Operadora de Bienes Raices Peninsular Ammar dba Buena Vida Homes [D.I. 249], December 24, 2025.

R.  Objection to Proposed Cure Amount filed by One Fifteen South Jackson, LLC [D.I. 250], filed December 24, 2025.

S.  Objection Safon Owners LLC's Objection to the Motion of Jami Nimeroff, Interim Chapter 7 Trustee Of the Debtors' Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors' Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief (Docket No. 123) and the Cure Notice (The Cure Notice) (Dkt. No. 192-2) [D.I. 253], filed December 24, 2025.

T. Objection of Allen Street Hospitality LLC to Trustee's Notice of Potential Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 254], filed December 26, 2025.

U. Objection of Fortuna 37 West 24th Street LLC to Trustee's Notice of Potential Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 255], filed December 26, 2025.

V. Objection of 1141 Broadway Owner LLC to Trustee's Notice of Potential Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 256], filed December 26, 2025.

W. Response/Objection of Beverly Terrace, Inc. to Proposed Cure Amount Filed by Beverly Terrace, Inc. [D.I. 257], filed December 26, 2025.

X. Objection of 1419 S Wabash Development Corporation to Proposed Cure Amount and Reservation of Rights with Respect to Assumption and Assignment of Lease [D.I. 258], filed December 26, 2025.

Y. Objection of 1436 Loft Offices, LLC to Proposed Cure Amount and Reservation of Rights with Respect to Assumption and Assignment of Lease [D.I. 259], filed December 26, 2025.

Z. Objection/Pierce Boston Apartments LLC's Objection to Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 260], filed December 26, 2025.

AA. Objection of AH Axis Erie, LLC to Proposed Cure Amount and Reservation of Rights with Respect to Assumption and Assignment of Lease [D.I. 261], filed Decembe 26, 2025.

BB. Objection LMD 4, LLC's Objection to Proposed Assignment of Lease, or Alternatively, to Proposed Cure Amount [D.I. 262], filed December 26, 2025.

CC. Objection/LBIRE, LLCs Objection to Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 263], filed December 26, 2025.

DD. Objection/Greyhawk Pivot Lender, LLCs Objection to Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 264], December 26, 2025.

EE. Objection to Proposed Cure Amount for Assumption or Assumption and Assignment of Lease for 222 East 39th Street, New York, New York 10016 [D.I. 265], filed December 26, 2025.

FF. Objection and Reservation of Rights of Mariah Properties LLC to Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 266], filed December 26, 2025.

GG. Objection to Proposed Cure Amount and Reservation of Rights filed by 305 Michigan Ave, LLC's [D.I. 268], filed December 28, 2025.

HH. Objection of Vorea Jackson LLC to Sale and Assumption and Assignment of Commercial Real Property Lease [D.I. 269], filed December 28, 2025.

II. Limited Objection of 116 John Property Owner LP, Broughton Street Partners Company, LLC and REEP-MF STEWART AZ, LLC to Assignment and Cure Notice [D.I. 270], filed December 28, 2025.

JJ. Reservation of Rights and Objection to Cure Notice filed by Project Stewart LLC [D.I. 271], filed December 28, 2025.

KK. Amended Objection/Avalon Investors 7, LLCs Amended Objection To Proposed Cure Amount [D.I. 277], filed December 29, 2025.

LL. Objection/284 Hexagon, LLC's Reservation of Rights and Objection to the Proposed Cure Amount [D.I. 278], filed December 29, 2025.

MM. Reservation of Rights (Notice of 17 John Property Owner LLC Regarding Motion of Chapter 7 Trustee to Assume and Assign Lease) [D.I. 279], filed December 29, 2025.

NN. Objection and Reservation of Rights of Witherspoon Master Tenant LLC to Proposed Cure Amount [D.I. 280], filed December 29, 2025.

OO. Limited Objection filed by GIY Owner LLC [D.I. 281], filed December 29, 2025.

PP. Objection to Assignment and to the Proposed Cure Amount [D.I. 282], December 29, 2025.

QQ. Objection of 901 Leslie, LLC to Trustee's Notice of Potential Assumption or Assumption and Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases [D.I. 284], filed December 29, 2025.

RR. Objection of 116 John Property Owner LP to Assumption and Assignment of Lease [D.I. 320], January 14, 2026.

SS. Amended Objection/ISSTA 27th Street LLC's Amended Objection to Notice of Potential Assumption or Assignment and Proposed Cure Amounts of Certain Contracts and Unexpired Leases, and Objection to Adequate Assurance Package [D.I. 321], filed January 14, 2026.

TT. Objection/Divco West's Objection to the Sale of that Certain Real Property Lease [D.I. 326], filed January 14, 2026.

UU. Objection and Reservation of Rights of One Fifteen South Jackson, LLC to Assignment of Lease and to Purchaser's Adequate Assurance Information Provided in Connection with Assumption and Assignment of Executory Contracts and Unexpired Leases [D.I. 327], filed January 14, 2026.

VV. Objection of 61 W Erie, LLC to Proposed Sale and Assumption and Assignment of Certain Real Property Lease and Adequate Assurance of Future Performance and Reservation of Rights [D.I. 329], filed January 14, 2026.

WW. Supplemental Objection of Vorea Jackson LLC to Proposed Sale and Assumption and Assignment of Commercial Real Property Lease [D.I. 330], filed January 14, 2026.

XX. Amended Objection/Safon Owners LLCs Amended and Supplemental Objection to the Motion of Jami Nimeroff, Interim Chapter 7 Trustee of the Debtors Estates for Entry of an Order: (I) Approving the Form and Manner of Proposed Bidding Procedures; (II) Approving Assumption and Assignment Procedures; (III) Authorizing the Sale of Certain of the Debtors Unexpired Real Property Leases Free and Clear; and (IV) Granting Related Relief and The Cure Notice [D.I. 331], filed January 14, 2026.

YY. Objection of Premier 130 Duane, LLC to Proposed Sale and Assumption and Assignment of Certain Real Property Lease and Adequate Assurance of Future Performance and Reservation of Rights [D.I. 332], filed January 14, 2026.

ZZ. Objection of Mariah Properties LLC to Proposed Assumption and Assignment of Lease [D.I. 333], filed January 14, 2026.

AAA. Joint Objection to Assumption and Assignment of Lease, Adequate Assurance of Future Performance and to Sale Free and Clear of all Liens, Claims and Encumbrances filed by 417 South Dearborn Mt, LLC [D.I. 336], filed January 15, 2026.

BBB. Limited Objection of 19 South Wabash, LLC To Assumption And Assignment Of Lease, Adequate Assurance Of Future Performance And To Sale Free And Clear Of All Liens Claims And Encumbrances [D.I. 337] filed January 15, 2026.

CCC. Objection of 24 E 39 LLC to Trustee's Assumption and Assignment of Lease Due To (1) Pre-Petition Termination of the Lease or (2) In The Alternative, Failure to Provide Adequate Assurance of Future Performance or Ability of Proposed Assignee to Comply with Lease [D.I. 339] filed on January 16, 2026.

DDD. Objection to Assumption of Lease for 250 East McKinley, Phoenix, AZ [D.I. 358] filed on January 22, 2026.

DM3\22409528.1

EEE. Certification of Counsel Regarding Order Approving Lease Termination Agreements with AH Axis Erie, LLC and 1419 S. Wabash Development Corporation [D.I. 379] filed on January 27, 2026.

FFF. Certification of Counsel Regarding Order Approving Lease Termination Agreement with Allen Street Hospitality, LLC [D.I. 380] filed on January 27, 2026.

GGG. Certification of Counsel Regarding Order Approving Lease Termination Agreement with BDC 56 LLC [D.I. 381]  filed on January 27, 2026.

HHH. Order Approving Lease Termination Agreements for 1419 South Wabash Avenue and 446 E. Ontario Street [D.I. 386] entered on January 27, 2026.

III. Order Approving Lease Termination Agreement with Allen Street Hospitality, LLC [D.I. 387] entered on January 27, 2026.

JJJ. Order Approving Lease Termination Agreement with BDC 56 LLC [D.I. 388] entered on January 27, 2026.

KKK. Certification of Counsel Regarding Order Approving Lease Termination Agreement with 24 E 39 LLC [D.I. 392] filed on January 30, 2026.

LLL. Certification of Counsel Regarding Order Approving Lease Termination Agreement with Premier 130 Duane, LLC [D.I. 393] filed on January 30, 2026.

MMM. Certification of Counsel Regarding Order Approving Assumption and Assignment Agreement with Dream Chicago Rentals/Plymouth Chicago LLC [D.I. 394] filed on January 30, 2026.

NNN. Certification of Counsel Regarding Order Approving Assumption and Assignment Agreement with G6 Americas Proptech LLC [D.I. 395] filed on January 30, 2026.

OOO. Order Approving Lease Termination Agreement with 24 E 39 LLC [D.I. 398] entered on February 2, 2026.

PPP. Order Approving Lease Termination Agreement with Premier 130 Duane, LLC [D.I. 399] entered on February 2, 2026.

QQQ. Order Approving Assumption and Assignment Agreement with Dream Chicago Rentals/Plymouth Chicago LLC [D.I. 400]  entered on February 2, 2026.

RRR. Order Authorizing the Chapter 7 Trustee to Assume, Assign and Sell Certain Non-Residential Real Property Lease to G6 Americas Proptech LLC [D.I. 401] entered on February 2, 2026.

SSS. Certification of Counsel Regarding Order Approving Lease Termination Agreement with Ida on McKinley LLC [D.I. 402] filed on February 3, 2026.

TTT. Order Approving Lease Termination Agreement with Ida on McKinley LLC [D.I. 404] entered on February 3, 2026.

UUU. Certification of Counsel Regarding Order Approving Assumption and Assignment Agreement with G6 Americas Proptech LLC [D.I. 410] filed on February 9, 2026.

VVV. Certification of Counsel Regarding Order Approving Assumption and Assignment Agreement with G6 Americas Proptech LLC [D.I. 411] filed on February 9, 2026.

WWW.  Order Authorizing the Chapter 7 Trustee to Assume, Assign and Sell Certain Non-Residential Real Property Lease to G6 Americas Proptech LLC  [D.I. 413] entered on February 10, 2026.

XXX. Order Authorizing the Chapter 7 Trustee to Assume, Assign and Sell Certain Non-Residential Real Property Lease to G6 Americas Proptech LLC  [D.I. 414] entered on February 10, 2026.

YYY. Certification of Counsel Regarding Order Approving Assumption and Assignment Agreement with G6 Americas Proptech LLC [D.I. 421] filed on February 13, 2026.

ZZZ. Order Authorizing the Chapter 7 Trustee to Assume, Assign and Sell Certain Non-Residential Real Property Lease to G6 Americas Proptech LLC [D.I. 422] entered on February 13, 2026.

AAAA.  Certification of Counsel Regarding Order Approving Lease Termination Agreement with 61 W Eerie, LLC [D.I. 426] filed on February 17, 2026.

BBBB.   Order Approving Lease Termination Agreement for Property Located at 61 West Erie Street, Chicago, Illinois entered [D.I. 428] on February 18, 2026.

**Status:**   The objections and responses itemized at (HH) and (WW) have been resolved and the Court entered the relevant order at Docket No. 422.

The objection itemized at (VV) has been resolved via a lease termination agreement, which was approved by the Order entered at Docket No. 428.

The objections and responses itemized at (FF) and (ZZ), are being adjourned to the hearing scheduled for March 27, 2026 at 10:00 a.m. (ET).

As presented at the hearing on January 27, 2026, all other objections and responses have been consensually resolved or rendered moot as the leases subject of such objections were pulled from the proposed sales or are being rejected.

This matter will go forward as a status conference.

7. Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [Docket No. 8] filed on November 14, 2025.

**Related Documents:**

A. Motion For Entry Of An Order Shortening The Time For Notice Of The Emergency Motion By Marriott International, Inc. For Entry Of An Order (1) Determining Emergency Measures To Protect Guests Do Not Violate The Automatic Stay Or, In The Alternative, (2) Granting Relief From The Automatic Stay Retroactive To The Petition Date Pursuant To 11 U.S.C. § 362(d) [Docket No. 10] filed November 15, 2025.

B. Order Shortening The Time For Notice Of The Emergency Motion By Marriott International, Inc. For Entry Of An Order (1) Determining Emergency Measures To Protect Guests Do Not Violate The Automatic Stay Or, In The Alternative, (2) Granting Relief From The Automatic Stay Retroactive To The Petition Date Pursuant To 11 U.S.C. § 362(d) [Docket No. 13] filed November 17, 2025.

C. Certification of Counsel Regarding Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [Docket No. 32] filed November 18, 2025.

D. Order (Interim) Granting Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [Docket No. 33], filed November 19, 2025.

E. Notice of Hearing to Consider Final Approval on Emergency Motion for Entry of an Order (I) Determining Emergency Measures to Protect Guests do not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. Section 362(d) [Docket No. 210] Filed on December 18, 2025.

F. Certification of Counsel Regarding (I) Final Order Granting Emergency Motion by Marriott International, Inc. for Entry of an Order (I) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief From the Automatic Stay Retroactive to the Petition Date

Pursuant to U.S.C. § 362(d), and (II) Interim Order as to Certain Issues Related to Electronic Data and Setting Final Hearing [Docket No. 289] filed on December 30, 2025.

G.  Final Order Granting Emergency Motion by Marriott International, Inc., for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d), and (II) Interim Order as to Certain Issues Related to Electronic Data and Setting Final Hearing. [Docket No. 302], filed January 6, 2026.

**Objections/Responses:**

A.  Trustee's Limited Objection and Reservation of Rights in Response to the Emergency Motion by Marriott International, Inc. for Entry of an Order (1) Determining Emergency Measures to Protect Guests Do Not Violate the Automatic Stay or, in the Alternative, (2) Granting Relief from the Automatic Stay Retroactive to the Petition Date Pursuant to 11 U.S.C. § 362(d) [Docket No. 121] filed on December 3, 2025.

**Status**: The parties' discussions regarding these matters are ongoing.  As of the time of this filing, this matter is going forward.  The Trustee will file an amended agenda to the extent necessary.


**ADJOURNED MATTERS**

8.  Motion to Authorize/Motion of Mariah Properties LLC for Entry of an Order (I) Declaring that the Automatic Stay Does Not Apply to a Lease Terminated Prepetition or, in the Alternative, Granting Relief from the Automatic Stay; (II) Declaring that the Bond Issued in Connection with the Lease is Not Part of the Debtor's Estate or, in the Alternative, Modifying the Automatic Stay to Permit the Landlord to Recover Against the Bond for Amounts Owed; and (III) Granting Related Relief Filed by Mariah Properties LLC [D.I. 313], filed January 9, 2026.

**Related Documents:**

A.  Declaration of Matthew Jennings in Support of Motion of Mariah Properties LLC for Entry of an Order (I) Declaring that the Automatic Stay Does Not Apply to a Lease Terminated Prepetition or, in the Alternative, Granting Relief from the Automatic Stay; (II) Declaring that the Bond Issued in Connection with the Lease is Not Part of the Debtor's Estate or, in the Alternative, Modifying the Automatic Stay to Permit the Landlord to Recover Against the Bond for Amounts Owed; and (III) Granting Related Relief [D.I. 314], filed January 9, 2026.

**Objections/Responses:**

A.  Chapter 7 Trustee's Response to the Motion of Mariah Properties LLC for Entry of an Order (I) Declaring that the Automatic Stay Does Not Apply to a Lease Terminated Prepetition or, in the Alternative, Granting Relief from the Automatic Stay; (II) Declaring that the Bond Issued in Connection with the Lease is Not Part of the Debtor's Estate or, in the Alternative, Modifying the Automatic Stay to Permit the Landlord to Recover Against the Bond for Amounts Owed; and (III) Granting Related Relief [D.I. 351], filed January 22, 2026.

**Status**: This matter is being adjourned to the hearing scheduled for March 27, 2026 at 10:00 a.m. (ET)

Dated: February 18, 2026
      Wilmington, Delaware

**DUANE MORRIS LLP**

*/s/ Lawrence J. Kotler*
Lawrence J. Kotler, Esquire (DE 4181)
Drew S. McGehrin, Esquire (DE 6508)
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Telephone: (302) 657-4900
Email: ljkotler@duanemorris.com
       dsmcgehrin@duanemorris.com

-and-

**SULLIVAN HAZELTINE ALLISON LLC**
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
Telephone: (302) 428-8191
Email:bsullivan@sha-llc.com

*Co-Counsel to The Chapter 7 Trustee*