# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SONDER HOLDINGS INC.[1], *et al.*,<br><br>　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 25-12040 (KBO)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 406** |

**CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO ESTABLISH CERTAIN PROCEDURES FOR THE SALE OF DE MINIMIS ASSETS PURSUANT TO SECTIONS 105(a) AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 6004**

I, Drew S. McGehrin, hereby certify that as of the date hereof, I have received no answer, objection, or other responsive pleading to the *Chapter 7 Trustee's Motion For Authority To Establish Certain Procedures For The Sale Of De Minimis Assets Pursuant To Sections 105(a) And 363 Of The Bankruptcy Code And Bankruptcy Rules 2002 And 6004* [Docket No. 406] (the "Motion") filed with the Bankruptcy Court on February 5, 2026.

Pursuant to the Notice filed with the Motion, objections or other responses to the Motion were to be filed and served no later than February 19, 2026 at 4:00 p.m. (ET). I further certify that I have caused the Court's docket in these cases to be reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.

The Trustee therefore respectfully requests that the Bankruptcy Court enter the proposed form of order as filed with the Motion at its earliest convenience.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Sonder Holdings, Inc. (7088), Sonder Germany GMBH (NONE), Sonder Group Holdings LLC (NONE), Sonder Guest Services LLC (3210), Sonder Holdings LLC (5746), Sonder Hospitality Holdings LLC (NONE), Sonder Hospitality USA Inc. (8502), Sonder Partner Co. (5584), Sonder Technology Inc. (4436) and Sonder USA Inc. (1947). The Chapter 7 Trustee's mailing address is Jami B. Nimeroff, Chapter 7 Trustee, 919 North Market Street, Suite 420, Wilmington, DE 19801.

2

                                      Respectfully submitted,

Dated: February 26, 2026        **DUANE MORRIS LLP**

                                      */s/ Drew S. McGehrin*
                                      Lawrence J. Kotler (DE 4181)
                                      Drew S. McGehrin (DE 6508)
                                      1201 N. Market Street, Suite 501
                                      Wilmington, Delaware 19801
                                      Tel: 302-657-4900
                                      Fax: 302-657-4901
                                      Email: ljkotler@duanemorris.com
                                                 dsmcgehrin@duanemorris.com

                                      *Counsel to the Chapter 7 Trustee*